**EXHIBIT "B"**

Frank J Garton
45 Carter Lane
Marlton, NJ 08053
Cell 1.609.233.9224

January 1, 2010

Bankruptcy Trustee
Bonnie B. Finkel Esq.
P O Box 1710
Cherry Hill, NJ 08034



Ref: Case 09-18320-elf
Fred & Vicki Rappaport
2221 Sand Trap Rd.
Jamison, Pa. 18929
&
Ref: Case 09-18320-elf
Valley Square Plastic Surgery, LP
1127 Main St.
Warrington, Pa. 18976

Dear Ms. Finkel;

I submit to you these statements for your review, copies forwarded to the regional US
Treasury Office.  I had planned to be at the creditors meeting; however, I will be
recovering from heart surgery.

As advocate for the creditors, I employ you to take the opportunity to review the filing in
the cases below submitted to the courts, between the entities I presented, investors and
vendors  have lose over 15 million dollars.  You may want to consider this letter as a
whistle blower letter.  I have reason to believe a substantial amount of information been
omitted especially the area of income, corporation ownership and envelopment, parallel
corporate entities.  Rappaport are no stranger to the bankruptcy court.

**Case 09-18320-elf  Doc 1 Page 29**
18. Nature, location and Name of business
Background:
Mr. Rappaport claims to have more than 30 years experience in the initiation and
development of successful businesses including capital acquisition and business
operations. He is also formerly Founder, Chairman and CEO of Medeikon Corporation, a
medical device company using optical technology for cardiovascular applications, where
he has raised more than $10 million in startup capital. Mr. Rappaport has held several
CEO and Chairman Positions of several start-up companies, Qusion Technologies Inc.,

Founder and Chairman of Technology Capital Funding Group, and CEO of Optical
Diagnostics Inc.

The above resume of Mr. Rappaport is far from true; he never raised 10 million dollars
for Medeikon. Yes, he was the chairman & CEO, which failed, for lack of funding. The
investors, 3 million in stock issue investors, 3.25 million of investor with convertible
promissory notes and 1.5million in promissory notes lost there money. As of today Mr.
Rappaport walked away from Medeikon, another failed business which he has failed his
corporate obligation to legal close or notify government, creditors and investors. No
company has Mr. Rappaport been involved with and solicited investment capital came to
market or was purchase, they failed or funding ended. Secured lien holders of Medeikon
now attempting to collected corporate asset in his possession, two employee have witness
him and Dr. Katz loading his truck with furniture, & electronic test equipment.

Here another example of the Rappaports management style, see below the parallel
operations, which the Rappaport's claim no involvement.

On **April 7, 2009**, the following companies were formed:
  **Lifestyle Plastic Surgery, Inc**. Delaware corp.
  Lifestyle Plastic Surgery 1, LP (complex structure) Rappaport General Partner
On April 15, 2009 the following company was formed
  Lifestyle Management Group, Rappaport acting on behalf of the General Partner
Corporate address 1127 Main St, Warrington Penna., Tel ph: **1.215.491.2000**

**Valley Square Plastic Surgery LP**, Current Name, filed Chapter 11, **4/14/2009**, Granted
chapter 7, 10/8/2009
Case 09-12715-sf
Valley Square Aesthetics LP, Prior name
Valley Square Plastic Surgery Center LP, Prior name
Valley Square Plastic Surgery Management LP, Prior Name
Corporate address, **1127 Main ST. Warrington, Pa**, Tel Ph: 1.215.491.2000

Seven (7) days prior to filing Chapter 11, Lifestyle Surgery was formed, once Valley
Square filing was entered the company continued to operate under the name of Lifestyles.
Attached is supportive marketing information, web information remained the same
content but heading and name changes. Both Fred and Vicki Rappaport were involved
in the day-to-day operation. Vicki Rappaport is listed Co-Founder in Valley Square, and
Executive Director in Lifestyles Healthcare Group. In addition, the small business
operating reports submitted during the 11 process is nothing more then a **fairy tale**. No
earning information was required from lifestyle during this period, same business,
different name everything else is the same.

Some secured assets the court granted relieve from the stay were in storage when the
sheriff arrived to collect them. The secured items (Lasers) removed from storage and
back at **1127 Main St,** in service, (see attached marketing information). Once again, all
of the Valley Square limited partnership investors lost there investment money. Secured

creditors were unable to obtain secured property. Now that, Lifestyle has gained the assets at the expense of the limited partners and the vendors, there is no major overhead but increase profits. So there is no misunderstanding the State of Pennsylvania considers Valley Square Plastic Surgery, a doctors office, a true surgery center license requires inspection for doing procedure which require anesthesia.

Here the last project which Mr. Rappaport is Chairman and CEO of **Lifestyle Healthcare Group** (see attached) another investor driven venture. Located at **1127 Main St. Warrington, Pa. (note this address & phone #).** The new project more complicated then the above will require major investment capital, it seems investors have already invested $150,000. More then likely the Rappaports income come from investor capital, management fees, expenses, and patient's cash. I can only image Mr. Rappaport with a Medicare number what will happen. The plastic surgery operation is cash base the new project will be insurance driven.

The information above support parallel operation along with complex corporate structure (LP), which tends keep insiders in controls and placing investors at disadvantage. It should be noted money claims made by Fred Rappaport & Vicki Rappaport should not be taken at face value. The above also support Rappaports activities envelopment in the above entities, which has cost investors over 15 millions. The activities of these entities require additional investigation.

At the end of day here what going to happen, Rappaport's bankruptcy filing will be pushed thru the system. Personal guarantee to vendors, banks and investors. Will be forgiven. As for parallel operation, complex documents used to solicited investment, knowing no government agency take the time explore or ask serious questions, but rather rely on individual reply under oath.

Here a prefect example of misrepresentation, information supplied on the Mean Test is actually insulting to the reader. Individual claiming to have no income other then Social Security to support $2600 plus shortfall, which the mean test fails to take into consideration exempt items, such as BMW which is exempt, car insurance required by the State of Pennsylvania, household insurance which is required by the lender. If you add a lease car, car and house insurance your now $3600 a month. It assumed the exempt items are current or some agreed upon payment arrangement, if so without a job or income.

**Frank & Harriet Garton Creditors**.

In a series of personal loans to a family member, Fred & Vicki Rappaport totaling $45,000.00. Unsecured loans three (3) $5,000
Loan to support his household while Medeikon was starting up. A personal loan of $22,000 for a purchase of land with the condition to repaid when the land was sold. The problem Fred & Vicki sold the land in 11/2007 and walk off the settlement table with $174,000. We found out about this last month November 2009 when I review in bankruptcy claims, which he list a profit of 26,000. I now have a copy of the settlement

statement, which verifies the amount, Fred & Vicki stole $22,000. There another loan of
$3,000 to Fred for his stepson school tuition. In halfhearted attempt to pay us back,
given, two checks totaling $8,000, which are worthless see the attached, may be a
criminal offense. These people live off other people's money; have no shame to steal
from family members. I truly wonder if they have any respect for the government.

Sincerely

Frank Garton

CC: Frederic Jay Baker
CC: George M. Conway
United States Trustee's
833 Chestnut St. Suite 500
Phila. Pa. 19107

Bankruptcy Clerks Office
900 Market St.
Phila. Pa. 19107



PENNSYLVANIA
**Department of State**

# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

| | |
|---|---|
| Search | **Business Entity** |
| By Business Name | **Filing History** |
| By Business Entity ID | **Date:** 12/29/2009 (Select the link above |
| Verify | to view the Business |
| Verify Certification | Entity's Filing History) |
| Online Orders | |
| Register for Online | |
| Orders | |
| Order Good Standing | |
| Order Certified Documents | |
| Order Business List | |
| My Images | |
| Search for Images | |

## Business Name History

| **Name** | **Name Type** |
|---|---|
| Valley Square I, L.P. | Current Name |

## Limited Partnership - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 572417 |
| **Status:** | Active |
| **Entity Creation Date:** | 1/12/2006 |
| **State of Business.:** | DE |
| **Registered Office Address:** | % Ct Corporation System |
| | PA |
| | Philadelphia |
| **Mailing Address:** | No Address |

## Partners

| | |
|---|---|
| **Name:** | **Valley Square I, LLC** |
| **Title:** | **General Partner** |
| **Address:** | 4737 Concord Pike |
| | Wilmington DE 19803 |



Home

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement



PENNSYLVANIA
# Department of State

# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

**Date: 12/29/2009**

## Business Entity
## Filing History
(Select the link above
to view the Business
Entity's Filing History)

## Business Name History

| Name | Name Type |
|------|-----------|
| Valley Square I, LLC | Current Name |

## Limited Liability Company - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 572423 |
| **Status:** | Active |
| **Entity Creation Date:** | 1/12/2006 |
| **State of Business.:** | DE |
| **Registered Office Address:** | % Ct Corporation System PA Philadelphia |
| **Mailing Address:** | No Address |

## Officers

| | |
|---|---|
| **Name:** | **FRED RAPPAPORT** |
| **Title:** | **President** |
| **Address:** | **PO BOX 7189 WILMINGTON DE 19803** |

| | |
|---|---|
| **Name:** | **FRED RAPPAPORT** |
| **Title:** | **Treasurer** |
| **Address:** | **PO BOX 7189 WILMINGTON DE 19803** |



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

**Date: 12/29/2009**

## Business Entity
## Filing History
(Select the link above
to view the Business
Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| VALLEY SQUARE MANAGEMENT, LLC | Current Name |

## Limited Liability Company - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 3322826 |
| **Status:** | Active |
| **Entity Creation Date:** | 7/22/2005 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 1098 WASHINGTON CROSSING RD |
| | WASHINGTON CROSSING PA 18977-<br>Bucks |
| **Mailing Address:** | No Address |

## Officers

| | |
|---|---|
| **Name:** | **FRED RAPPAPORT** |
| **Title:** | **President** |
| **Address:** | **1098 WASHINGTON CROSSI WSHNGTN CRSNG PA 18977-09** |

Home | Site Map | Site Feedback | View as Text Only | Employment

JOHN DICKINSON PLANTATION | PHOTO

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &

Frequently Asked Questions   View Search Results

### Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **4675093** | Incorporation Date / Formation Date: | **04/07/2009** (mm/dd/yyyy) |
| Entity Name: | **LIFESTYLE PLASTIC SURGERY 1, LP** | | |
| Entity Kind: | **LIMITED PARTNERSHIP (LP)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Offic

JOHN DICKINSON PLANTATION | PHOTO

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &

Frequently Asked Questions   View Search Results

Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | Incorporation Date / Formation Date: | 04/07/2009 (mm/dd/yyyy) |
|---|---|---|---|
| File Number: | 4674746 | | |

| Entity Name: | **LIFESTYLE PLASTIC SURGERY, INC** | | |
|---|---|---|---|
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a
more detailed information including current franchise tax assessment, cur
and more for a fee of $20.00.

Would you like ⊙ Status ⊙ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Offici

JOHN DICKINSON PLANTATION | PHOTO

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &

Frequently Asked Questions   View Search Results

### Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | **4677156** | Incorporation Date / Formation Date: **04/15/2009** (mm/dd/yyyy) |
| Entity Name: | **LIFESTYLE MANAGEMENT GROUP, LLC** | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: **GENERAL** |
| Residency: | **DOMESTIC** | State: **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information  [Submit]



Valley Square Plastic Surgery Center, located in Bucks County, Pennsylvania,
neighboring Montgomery County, is much more than the average plastic
surgery center. With a focus on total body enhancement, we provide
everything from cosmetic surgery for the face and body, to cosmetic dentistry,
hair restoration, laser treatments, and facial rejuvenation. We even offer
physician-quality skincare products. Dr. Theodore T. Katz, our internationally
renowned plastic surgeon and hair restoration specialist, has painstakingly
assembled a first-rate team of experts who can help you meet all of your
aesthetic goals, whether you want a whole new look or simply want to feel
refreshed and rejuvenated. Designed to be an alternative to traditional
cosmetic surgery centers, Valley Square Plastic Surgery Center blends the
latest in cosmetic surgery technology with true artistry and superior patient
care — providing our guests with a unique, hybrid experience that covers the
full range of surgical and nonsurgical aesthetic enhancement options. Contact

Valley Square Plastic Surgery Center for more information about the
procedures and treatments we offer or to schedule your initial consultation.

Valley Square is the first plastic surgery office in Bucks and Montgomery
Counties to offer the SmartLipo™ laser lipolysis system. SmartLipo™ has a
quicker recovery time than conventional liposuction with the added benefit of
skin tightening. SmartLipo™ is a minimally invasive procedure with less
recovery time than standard liposuction. With SmartLipo™ you will have less
bleeding, swelling and bruising.

**1127 Main Street, Warrington, Pennsylvania 18976**
**Phone: 888-GO-2-VSPS Fax: 215-491-7000**
**Copyright © 2007 Valley Square Plastic Surgery Center and Spa | Pr**

website designed by cerami creative strategies



**Plastic Surgery and Nonsurgical Cosmetic Enhancements**

Testimonials
Photo Gallery
Fees and Financing
Directions / Map

Valley Square Plastic Surgery Center is a complete cosmetic enhancement center. Our facility in Bucks County is visited by patients from neighboring Montgomery County, Philadelphia County, New Jersey, New York, and Washington DC! We offer one-stop-shopping for all your plastic surgery and nonsurgical cosmetic needs. Our plastic surgeon team, medical professionals, and the rest of our aesthetic rejuvenation staff is here to help pamper and refine the image you wish to project to the world, and on a daily basis we strive to meet all patient expectations.

Dr. Theodore Katz has worked tirelessly to personally seek out and employ only the most highly qualified individuals at his Bucks County plastic surgery center. From our efficient and courteous administrative staff, to our aesthetic specialists and our unequaled team of board certified cosmetic surgeons and dentist, we are confident that the care and results you will receive at Valley Square Plastic Surgery Center will be second to none.

**Vicky Rappaport, Co-Founder and Licensed Medical Aesthetician**



Vicky has more than 20 years' experience in the establishment and management of medical offices and has assisted in the

initiation and development of several high technology corporations. With a business
degree and licensed medical aesthetician and permanent cosmetics artist, Ms.
Rappaport holds a number of certifications in aesthetics, laser training, and permanent
cosmetics. Please feel free to e-mail her at vickyr@vsplasticsurgery.com or contact our
office.

### Joann Stuhl, Licensed Medical Aesthetician and Laser Technician

Joann specializes in face and body treatments, including custom- blended facials,
microdermabrasion and laser treatments. A facial or a microdermabrasion with Joann



is a luxurious experience as Joann has a spa background. She
specializes in acne treatments for teens and adults alike. Joann
is an expert at eyebrow shaping and make-up application. In
addition to all these accomplishments, she is fully trained in
state-of-the-art procedures such as facial and body rejuvenation,
laser hair removal and Fraxel® Laser, Chemical Peel treatments,
microdermabrasion, facials, and VelaSmooth™, the nonsurgical anti-cellulite treatment.
Joann will assist you in developing your customized skincare program and restore your
skin so that you look refreshed. Please feel free to e-mail her at
joanns@vsplasticsurgery.com or call our office for your needs.

### Kelly Wills, Surgical Supervisor



Kelly assists Dr. Katz in our in-office surgical suite where minor
procedures are performed under local anesthesia. Kelly is an
expert at putting our patients at ease in preparing them for their
procedures. She will handle all your pre-operative and post-
operative questions. Kelly joined our staff after working at
Frankford Hospitals, both Torresdale and Frankford Divisions.
Please feel free to e-mail her at surgicalsupv@vsplasticsurgery.com or call the office to
schedule your surgical procedure.

### Carol Cheshire, Licensed Medical Aesthetician and Permanent Cosmetics Artist



Carol uses state-of-the-art equipment to achieve the look that's
right for you. She specializes in eyebrows. If you have sparse or
non-existent eyebrows, come in and see Carol. If you have any
questions regarding permanent cosmetics, please feel free to e-
mail her at info@vsplasticsurgery.com or call our office directly.

### Beverly Gorman, Patient Care Coordinator



Beverly comes to Valley Square Plastic Surgery with an extensive background in plastic and cosmetic surgery. As the Patient Care Coordinator she provides the patient with information regarding procedures and treatments, as well as financing information, information about our doctors and staff and about policies of our office. Beverly helps to maintain a relationship with our patient and the community as a whole. If you have any questions regarding any of the above, please feel free to e-mail her at beverlyg@vsplasticsurgery.com or give her a call in our office.

**1127 Main Street, Warrington, Pennsylvania 18976**
**Phone: 888-GO-2-VSPS Fax: 215-491-7000**
**Copyright © 2007 Valley Square Plastic Surgery Center and Spa | Pr**

website designed by cerami creative strategies

# YELLOWPAGES.COM

Standard | **Distance** | **Phone Number**

Home > Nationwide > More Info - Valley Square Plastic Surgery

E-mail this page

## Valley Square Plastic Surgery

1127 Main St
Warrington, PA 18976 Map

**(215) 491-2000**


Based on 2 reviews.
Rate it | Read Reviews

Email & Share ▼ | Map It | Get Directions | Search Nearby | Save This Listing | Save a Note

## GENERAL INFORMATION:

MEDICAL DOCTOR'S OFFICE

### AKA
Katz, Theodore T, Md - Valley Square Plastic Surgery, Valley Square Plastic Surgery Center, Valley Square Plastic Surgery Lp

### IN BUSINESS SINCE
2007

© 2009 YELLOWPAGES.COM LLC. All rights reserved.
© 2009 AT&T Intellectual Property. All rights reserved. AT&T, AT&T logo and all
other marks contained herein are trademarks of AT&T Intellectual Property and/or
AT&T affiliated companies.

Welcom

# PHILADELPHIA, PA METRO by ⊙ *Citysearch*

**HOME    RESTAURANTS    BARS & CLUBS    HOTELS    SHOPPING    SPA & BEAUTY    MOVIES    EVENTS    DIRECTO**

**Search**  What are you looking for?          **Near**  Philadelphia, PA Metro          **GO**  Change

Philadelphia, PA Metro > Valley Square Plastic Surgery

## New!

# Valley Square Plastic Surgery

☆☆☆☆☆ 1 review                    Print      Save      Send to      Share
**(215) 491-2000**
1127 Main St                                        Read reviews»
Warrington, PA 18976
Get Map & Directions »                              Write a review»
Own this Business? | Suggest Correction

**You might also like...**                                                Sponsored

Doylestown Family          ☆☆☆☆☆      Alan J. Levin, M.D.-Family Practice    ☆☆☆☆☆
Medicine, Elliot H Schnur,    8 Reviews   727 Welsh Rd                        2 Reviews
M.D.                                     Huntingdon Valley, PA 19006
201 Farm Ln
Doylestown, PA 18901

Add a Photo »

Last updated 4.01.09

**OVERVIEW      USER REVIEWS(1)      MAP & DIRECTIONS**

**USER REVIEWS (1)**

        **would NEVER go again**                              ☆☆☆☆☆
                            by TLT at Citysearch                                06/08/09

This place is a rip off. I paid over 7 thousand dollars for a tummy tuck and was not satisfied. The
doctor waited to long to take the stitches out. When he did they were almost healed with my skin
causing some skin to come out when he pulled the stitches out. So now I have a little ball of skin on
the outside of my incision. When I needed more work done because of this they tried to charge me
another seven hundred dollars after saying I wouldn't be charged if more work needed to be done.
This is after a recommended someone who got a procedure at the same time I did. I would never
recommended this place to anyone.



Google

# VsPlasticSurgery.com Whois Record

Ads by Google

**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com

**Introducing Windows® 7**
Simplify your PC. Fast. Get Up to Speed
with Our 7-Second Demos.
www.Microsoft.com/Windows

## Here's what we know about vsplasticsurgery.com:

"Lifestyle Surgicenters, Inc." owns about **38 other domains** View these domains >

3 registrars have maintained records for this domain since **2005-08-26**

This domain has changed name servers 5 times over **3 years**.

Hosted on 9 IP addresses over **4 years**.

View 19 ownership records archived **since 2007-05-25** .

Wiki article on Vsplasticsurgery.com

11,610,800 other web sites are hosted on this server.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from
your own desktop! Find out more >

```
Registrant:
    Lifestyle Surgicenters, Inc.
    1127 Main Street
    Warrington, PA 18976
    United States

    Domain Name: VSPLASTICSURGERY.COM
        Created on: 26-Aug-05
        Expires on: 26-Aug-17
        Last Updated on: 22-Oct-09

    Administrative Contact:
        Rappaport, Fred    frappaport@lifestylesurgicenters.com

        Lifestyle Surgicenters, Inc.
        1127 Main Street
        Warrington, PA 18976
        United States
        +1.2154912000        Fax -- +1.2154917000

    Technical Contact:
        Rappaport, Fred    frappaport@lifestylesurgicenters.com

        Lifestyle Surgicenters, Inc.
        1127 Main Street
        Warrington, PA 18976
        United States
        +1.2154912000        Fax -- +1.2154917000

    Domain servers in listed order:
        NS39.DOMAINCONTROL.COM
        NS40.DOMAINCONTROL.COM
```





**Lifestyle Plastic Surgery, Inc.**
1127 Main Street
Warrington, PA 18976

To contact Lifesty
below that you w

- Acne Treatmer
- Anti Aging Med
- Arm Lift Warrin
- Blepharoplasty
- Body Lift Warri
- BOTOX Warrin(
- Breast Augmer
- Breast Exchang
- Breast Lift War
- Breast Reductic
- Browlift Warrin
- Cellulite Reduc
- Chin Surgery V
- Cosmetic Conto
- Dermabrasion
- Ear Surgery W
- Evolence Warri
- Facelift Warrin(
- Facial Fillers W
- Fractional Rest
- Fraxel Warring
- Hair Restoratio
- Hair Transplan
- Hand Rejuvena
- Juvederm Warı
- Laser Hair Rer
- Laser Lipolysis
- Laser Skin Res
- Latisse Warrin(
- Lip Augmentat
- Liposuction Wa
- Male Breast Re
- Medical Spa W
- Mentoplasty W

**Lifestyle Plastic Surgery, Inc.** is a complete cosmetic enhancement center. Our plastic surgeon team, medical professionals, and the rest of our aesthetic rejuvenation staff is here to help pamper and refine the image you wish to project to the world, and on a daily basis we strive to exceed all patient expectations.

We employ only the most highly qualified individuals at Lifestyle Plastic Surgery. We pride ourselves on the fact that our unique practice offers a full range of surgical and nonsurgical cosmetic procedures. From our efficient and courteous administrative staff, to our aesthetic specialists and our unequaled team of board certified cosmetic surgeons and dentist, we are confident that the care and results you will receive at Lifestyle Plastic Surgery will be second to none.

**Theodore T. Katz, M.D., F.A.C.S.,** is the only physician in the Philadelphia , Delaware, and Northern New Jersey area — and indeed the nation — to be board certified as both a plastic surgeon and a hair restoration specialist. After graduating from Temple University, Dr. Theodore T. Katz received his medical degree at the Hahneman Medical College in Philadelphia.



A veteran, Dr. Theodore T. Katz served as commander of the 108 th Combat Support Hospital of the Pennsylvania Army National Guard. He completed his general and plastic surgery residencies at some of the nation's most highly respected military medical centers.

An internationally recognized hair restoration authority, Dr. Katz has performed over 7 million hair transplants on more than 7,000 patients from all over the world. He is licensed to provide hair transplants and hair implants in Pennsylvania, Maryland, New York, Georgia, and California.

In 2003, Dr. Theodore T. Katz was named the "Top Doc in Hair Restoration" by Philadelphia Magazine. Highly respected in Philadelphia, Delaware, and Northern New Jersey as a board certified plastic surgeon and hair restoration

expert, Dr. Katz has received numerous other prestigious awards and honors, and has made many television and radio appearances

**Vicky Rappaport**, Co-Founder and Licensed Medical Aesthetician



As a licensed medical aesthetician and permanent cosmetics artist, Ms. Rappaport holds a number of certifications in aesthetics, laser training, and permanent cosmetics. Vicky has more than 20 years of experience in the establishment and management of medical offices and has assisted in the initiation and development of several high technology corporations.

Vicky will oversee your entire experience from your initial call to your follow-up care...all the while making sure that everything is to your complete satisfaction. After your initial consultation with Dr. Katz, Vicky will meet with you to answer any questions, discuss fees and scheduling, and to prepare you for what you can expect every step of the way before, during, and after any procedure.

**Additional Procedures Available:**
- Fraxel Re:pair
- Fraxel Re:store
- Epidermal Leveling

- Microdermabra
- Mini Facelift W
- Mini Tummy Tu
- Mommy Makec
- Neck Lift Warri
- Non-Surgical F
- Permanent Mal
- ProLipo Warrin
- Radiesse Warri
- ReFirme Warri
- Restylane Warr
- Rhinoplasty Wi
- Rosacea Treatr
- Silicone Breast
- Skin Tightening
- SlimLipo Warri
- SmartLipo War
- Spider Veins W
- Thigh Lift Warr
- Tummy Tuck W
- Velasmooth Wi

©2002-2009 American Health And Beauty, LLC

Contact Us | Terms of Use

**Disclaimer: For general educational purposes only.** Information contained in this Web site is general in nature, should not be relied on for medical treatment. If you need advice or services, please contact the doctor directly. All photos are of models for decorative purposes unless they specifically mention they are actual before & after photographs.

RSS Feed - Latest Cosmetic Procedure & Plastic Surgery News - Recent Articles on Plastic Surgery and Cosmetic Procedures



12/17/2009 3:18:49 PM     173.61.45.215

Case 09-18320-etv-0D0452EGS Filed 01/06/11 41 Entered 01/06/10 13 20 52 2 Desc Main
Document      Page 21 of 34



| Home | Our Staff | Our Procedures | Before & After | Lifestyle Blog |

# Our Staff

## Our Medical Experts Achieve Superior Results

Whether you come from Bucks or Montgomery County, New Jersey, or even New York City, our plastic surgery center will strive to exceed your expectations when you visit Lifestyle Plastic Surgery. We invite you to view some of the fantastic cosmetic results achieved by our plastic surgeons, cosmetic dentist, and hair restoration expert.



## Our Docs



### Theodore T. Katz, M.D., F.A.C.S.
**_Medical Director_**

Dr. Theodore T. Katz, FACS has served as chief of the Division of Plastic Surgery and later the chairman of the entire Department of Surgery at St. Agnes Medical and Burn Center and Methodist Hospital in South Philadelphia. A veteran, Dr. Theodore Katz, FACS served as commander of the 108th Combat Support Hospital of the Pennsylvania Army National Guard and lectured extensively on plastic and general surgery. In addition to performing cosmetic as well as reconstructive surgery, he has vast experience with lasers, Botox® and Fillers, including fat, collagen, and the latest Fillers (Restylane®, Radiesse™, etc.).

A graduate of Temple University and the Hahnemann Medical College in Philadelphia, Dr. Theodore Katz's formal education is second to none. He completed general and plastic surgery residencies at some of the nation's most highly regarded military medical centers and became a fellow of the American College of Surgeons nearly 20 years ago. He is a diplomate of several prestigious professional organizations, including the National Board of Medical Examiners, and the American Board of Hair Restoration Surgery. In addition, Dr. Katz is licensed to provide both hair transplants and hair implants in the Pennsylvania area, along with Baltimore, New York, Georgia, and California.

expert, Dr. Katz has received numerous other prestigious awards and honors, and has made many television and radio appearances

**Vicky Rappaport**, Co-Founder and Licensed Medical Aesthetician



As a licensed medical aesthetician and permanent cosmetics artist, Ms. Rappaport holds a number of certifications in aesthetics, laser training, and permanent cosmetics. Vicky has more than 20 years of experience in the establishment and management of medical offices and has assisted in the initiation and development of several high technology corporations.

Vicky will oversee your entire experience from your initial call to your follow-up care...all the while making sure that everything is to your complete satisfaction. After your initial consultation with Dr. Katz, Vicky will meet with you to answer any questions, discuss fees and scheduling, and to prepare you for what you can expect every step of the way before, during, and after any procedure.

**Additional Procedures Available:**
- Fraxel Re:pair
- Fraxel Re:store
- Epidermal Leveling

- Microdermabra
- Mini Facelift W
- Mini Tummy Tu
- Mommy Makeo
- Neck Lift Warri
- Non-Surgical F
- Permanent Mal
- ProLipo Warrin
- Radiesse Warri
- ReFirme Warri
- Restylane Warr
- Rhinoplasty Wa
- Rosacea Treatm
- Silicone Breast
- Skin Tightening
- SlimLipo Warri
- SmartLipo War
- Spider Veins W
- Thigh Lift Warr
- Tummy Tuck W
- Velasmooth Wa

©2002-2009 American Health And Beauty, LLC

Contact Us | Terms of Use

**Disclaimer: For general educational purposes only.** Information contained in this Web site is general in nature, should not be relied on for medical treatment. If you need advice or services, please contact the doctor directly. All photos are of models for decorative purposes unless they specifically mention they are actual before & after photographs.

RSS Feed - Latest Cosmetic Procedure & Plastic Surgery News - Recent Articles on Plastic Surgery and Cosmetic Procedures



12/12/2009 2:16:53 PM     173.61.45.215

### Vicky Rappaport, LMA
#### *Executive Director*

Vicky has more than 20 years' experience in the establishment and management of medical offices and has assisted in the initiation and development of several high technology corporations. She holds a business degree, is a licensed medical aesthetician, laser safety officer, and a permanent cosmetics artist. Ms. Rappaport holds a number of certifications in aesthetics, laser training, and permanent cosmetics.



### Audrey Strein, LMA
#### *Director of Aesthetics*

Audrey specializes in all aspects of skin care from facials and chemical peels to laser treatments. Audrey has extensive training and experience in all forms of laser treatments, medical grade skin care, chemical peels such as the Blue Peel, and epidermal leveling. Audrey also specializes in mineral make-up artistry, facial massage and Reiki. Audrey is a member of the American Association of Bodywork and Massage Professionals and the Society of Plastic Surgical Skin Care Professionals.



## Our Cosmetic Dentists



### David Faust, D.D.S.

Dr. Faust graduated from the University of Pennsylvania School of Dental Medicine in 1987, completed his General Practice Residency at the V.A. Hospital in Philadelphia, and has been in private practice since 1988. Dr. Faust has pursued an extensive post graduate education in Functional Cosmetic, Reconstructive Dentistry and Occlusion.



### John Nosti, D.D.S.

Dr. Nosti graduated from the University of Medicine and Dentistry of New Jersey in 1998 and completed his General Practice Residency at Lehigh Valley Hospital in Allentown. Dr. Nosti has completed a wide range of post graduate education in Temporomandibular Joint Dysfunction, Occlusion, Functional

Cosmetics and Full Mouth Rehabilitation.

Both doctors are clinical mentors for the Hornbrook Group, where they teach dentists from around the world the art of 'Smile Design'. They are founders and directors of local study clubs and lecture nationally on Functional Cosmetic Dentistry and TMJ Dysfunction. Together, their focus and passion is providing their patients options for attaining optimal dental health through comprehensive dentistry. Utilizing technical diagnostic techniques, photography, and listening to patients' goals, they work with their patients to achieve the most desired results.



## Our Staff



**Erika**
***Front Desk / Medical Assistant***

Erika has received rave reviews from all of our patients. She is here to assist you with scheduling any procedure, large or small. She will do her best to make you comfortable and to answer any of your questions before or after any procedure.

**1127 Main Street     Warrington, PA 18976     (215) 491-2**



**Home**     **Our Staff**     **Our Procedures**     **Before & After**     **Lifestyle Blog**

## Lifestyle Plastic Surgery



## We now offer Cosmetic Procedure Layaway!

Lifestyle Plastic Surgery, located in Bucks County, Pennsylvania, neighboring Montgomery County, is much more than the average plastic surgery center. With a focus on total body enhancement, we provide everything from cosmetic surgery for the face and body, to cosmetic dentistry, hair restoration, laser treatments, and facial rejuvenation. We even offer physician-quality skincare products.

Designed to be an alternative to traditional cosmetic surgery centers, Lifestyle Plastic Surgery blends the latest in cosmetic surgery technology with true artistry and superior patient care — providing our guests with a unique, hybrid experience that covers the full range of surgical and nonsurgical aesthetic enhancement options.

Learn more about each procedure by viewing our animations and before and after photographs. Look for the camera and clap board icons in each procedure to view our pictures and animations. Just click on the icon and see the amazing results you can get at Lifestyle Plastic Surgery.

Contact Lifestyle Plastic Surgery for more information about the procedures and treatments we offer or to schedule your initial consultation. Just call (215) 491-2000 today.

  

- **Erratum**
  In the Editorial from Dr. Foad Nahai which appeared in the September/October issue of ASJ (2009;29(5), page 443), Dr. Nahai's "Safety Diamond" description was incorrectly attributed to The American Society for Aesthetic Plastic Surgery in the references. The original description of the "Safety Diamond" actually appeared in reference 6, Clinical Risk (in press). (Source: Aesthetic Surgery Journal)

- **Erratum**
  In the July/August issue, 2009;29(4), an inadvertent data error was made on page 297, Figure 3. The caption was incorrect in stating that "58% [of surgeons] reported performing revisions in 58% of their cases." It should have read: "58% [of surgeons] reported performing revisions in 0% to 5% of their cases." (Source: Aesthetic Surgery Journal)

- **Breast Reconstruction**
  Welcome to Today in Plastic Surgery (T.I.P.S.) The official podcast of the American Society of Plastic Surgeons featuring a candid discussion about breast reconstruction.

**1127 Main Street    Warrington, PA 18976    (215) 491-2**



Home    Our Staff    Our Locations    Contact Us

# Lifestyle Healthcare Group, Inc.



### Lifestyle Healthcare Gro

The vision that drives our Lifestyle Cente
center, delivering general medical care,
pleasant environment where expertise,
paramount.

In order to provide the best possible car
multi-specialty facilities. Our centers will
outpatient surgical options.

Over the last 10 to 15 years the number
increased by over 300% while hospital v
14%. Why have these outpatient proced
reasons, but mostly because patients pr
centers. They provide for a more comfo
wait and recovery times before discharg
family members. New technology has al
easier, quicker, and with less down time
procedures that used to be performed in
on an outpatient basis.

Lifestyle Healthcare Group, Inc



**Home     Our Staff     Our Locations     Contact Us**

# Lifestyle Healthcare Center



Lifestyle Healthcare Center will be an
community with expert care.

Our primary goal is to provide the pati
inclusive centers offering complete dia
options with surgical or non-surgical al
upscale environment. Board certificati
and professionalism are paramount in
located our offices in high profile areas
Board Certified in their specialties. Ou
that, along with the finest medical care
their experience reflects the high stand
medical attention.

With lifestyles changing all the time, he
in difficult economic times we need to
biggest concerns of American citizens

Government spends more on our health system than any other industrialized nation. In 2008, spending in the Unit
Wouldn't you like a piece of that $2.4 trillion dollar pie?

Niche or boutique hospitals are the future in patient care in America. Americans are tired of being limited to substa
health insurance forces them to go there. The recent elections are proof of the fact that we want change. Change
Statistics point out that the number of specialty hospitals is growing. Why? There are many reasons. Boutique hos
services, more amenities and an alternative to general hospitals. They specialize in profitable out-patient procedu
fees from these services to help fund less profitable services such as trauma, burn units and the uninsured. These
opportunity to own outpatient healthcare facilities is so attractive.

Lifestyle Surgicenters, Inc. will help patients achieve a healthy lifestyle with
two different centers. The centers are located in Bensalem and Warrington
Pennsylvania. Each of these unique locations has been carefully chosen to
ensure that our patient base is located in the surrounding communities and is
easily accessible from all major highways.

In order to provide the best possible care, Lifestyle Surgicenters will have
multi-specialty facilities. Aside from a complete comprehensive radiology
complex, the center in Bensalem will have specialties that include a women's
breast diagnostic unit, general surgery (including breast surgery),
gynecology, urology, ear, nose and throat, pain management ,



# Our Staff

## Management Team

### Fred Rappaport
*Chairman and CEO*

Mr. Fred Rappaport is Chairman and CEO of Lifestyle Surgicenters, Inc. Mr. Rappaport has more than 30 years development of successful businesses including capital acquisition and business operations. He is also formerl Corporation, a medical device company using optical technology for cardiovascular applications, where he has capital. Mr. Rappaport has held several CEO and Chairman Positions in high tech start-up companies including component company for the telecommunications industry. Mr. Rappaport also has expertise in creating investo the purpose of corporate development. He has degrees in mechanical engineering and optoelectronics. He has high tech businesses and is a member of the New Jersey Technology Council and the New Jersey Entreprenei

### Robert J. Santilli
*Chief Operating Officer*

Mr. Santilli's previous experience includes holding a position as Executive Vice President and COO of Riddle N was a 250 bed community hospital with 1100 employees. It was part of Main Line Health System which is a me EVP/COO his responsibilities encompassed strategic planning, and overall management for patient care and si operational performance consistent with the goals of the health system. Some of Mr. Santilli's Health System B Hospital, Secretary; RMH Physician Services, Assistant Secretary; Riddle Health Care Services, President; Rid Services, Assistant Secretary; The Riddle Health Care Foundation, Vice President; Mirmont Treatment Center,

### Wayne Harvey, CPA
*Chief Financial Officer*

Wayne Harvey has over 35 years of financial experience. Wayne's expertise includes finance, administration, h and procurement. He has worked as CFO, Controller or in other senior financial roles in a variety of settings ran manufacturers; the public, private and government sectors; and big, medium and small employers. Wayne's rec Radio Free Europe / Radio Liberty, Director of Finance & Administration for The Center for Reproductive Rights

and management of medical and/or technology offices and has assisted in the planning, initiation and developm corporations. Additionally, she is also a Licensed Medical Aesthetician, Laser Safety Officer and permanent cos business administration and a number of certificates in aesthetics, advanced laser training and permanent cosr

**Bowen Leslie**
*Director of Business Development*

Mr. Leslie is the Director of Business Development. Mr. Leslie has experience working with lending institutions, founder of APF Services which is a patient financing company. He has a Bachelors degree in Business Adminis

**Anne Louise Rosenberg, M.D., F.A.C.S.**
*Director of Women's Breast Center*

Dr. Rosenberg is an award winning breast cancer surgeon. She currently serves as the Surgical Attending for 1 Lourdes and Virtua Hospitals. She has been the recipient of numerous grants and awards from such foundation Linda Creed Breast Cancer Foundation, Greater Philadelphia Council of Jewish Women International, Lance Ai has been a "Top Doc" since 1994. Dr. Rosenberg has published many research papers, given many presentatic production of CME videos and performed clinical trials for the Susan G. Komen Foundation and healthcare con

Lifestyle Healthcare Group, Inc

## A. Settlement Statement

RAPPAPORT

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265 (expires 11/30/2009)

**B. Type of Loan**

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---------|----------|------------------|----------------|----------------|-----------------------------------|
| 4. ☐VA | 5. ☐Conv. Ins. | | 73992TOH | | |

| C. Note: | This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010. | TitleExpress Settlement System Printed 11/16/2007 at 10:07 BN |
|---|---|---|

**D. NAME OF BORROWER:** Chance J. Worthington
**ADDRESS:** PO Box 553, New Hope, PA 18938

**E. NAME OF SELLER:** Fred Rappaport and Vicky L. Rappaport
**ADDRESS:**

**F. NAME OF LENDER:**
**ADDRESS:**

**G. PROPERTY ADDRESS:** Merrick Farm, Lot 7, Newtown, PA 18940
Upper Makefield Township

**H. SETTLEMENT AGENT:** Tohickon Abstract Company, Phone: (215) 862-2055 Fax: (215) 862-3975
**PLACE OF SETTLEMENT:** 408 Old York Road, New Hope, PA 18938, tohicktonabstract@yahoo.com

**I. SETTLEMENT DATE:** 11/16/2007

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 596,500.00 | 401. Contract sales price | 596,500.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 8,911.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 107. County taxes 11/16/07 to 12/31/07 | 101.71 | 407. County taxes 11/16/07 to 12/31/07 | 101.71 |
| 108. School Taxes 11/16/07 to 06/30/08 | 1,511.86 | 408. School Taxes 11/16/07 to 06/30/08 | 1,511.86 |
| 109. Water Rent | | 409. Water Rent | |
| 110. Sewer Rent | | 410. Sewer Rent | |
| 111. Association Dues | | 411. Association Dues | |
| 112. Oil Adjustment | | 412. Oil Adjustment | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 607,025.33 | **420. GROSS AMOUNT DUE TO SELLER** | 598,113.57 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 20,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 9,586.63 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 3026200534 | 414,128.01 |
| | | Sovereign Bank | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. Overnight delivery – payoff(s) | 8.50 |
| | | Tohickon Abstract Company | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 213. Water Rent | | 513. Water Rent | |
| 214. Sewer Rent | | 514. Sewer Rent | |
| 215. Association Dues | | 515. Association Dues | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 20,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 423,723.14 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 607,025.33 | 601. Gross amount due to seller (line 420) | 598,113.57 |
| 302. Less amounts paid by/for borrower (line 220) | 20,000.00 | 602. Less reduction amount due seller (line 520) | 423,723.14 |
| **303. CASH FROM BORROWER** | 587,025.33 | **603. CASH TO SELLER** | 174,390.43 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT     File Number: 73992     PAGE 2

**SETTLEMENT STATEMENT**     TitleExpress Settlement System  Printed 11/16/2007 at 10:07 BN

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $596,500.00 = | | |
|     Division of commission (line 700) as follows: | | |
| 701. $        to | | |
| 702. $        to | | |
| 703. Commission paid at Settlement | | |
| 704. Broker Service Fee | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee     % | | |
| 802. Loan Discount     % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Application Fee | | |
| 806. Commitment Fee | | |
| 807. Document Preparation | | |
| 808. Tax Service Fee | | |
| 809. Processing Fee | | |
| 810. Flood Certification Fee | | |
| 811. Underwriting Fee | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From     to     @$     /day | | |
| 902. Mortgage Insurance Premium for     to | | |
| 903. Hazard Insurance Premium for     to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance     mo. @ $     /mo | | |
| 1002. Mortgage Insurance     mo. @ $     /mo | | |
| 1003. City Property Taxes     mo. @ $     /mo | | |
| 1004. County Property Taxes     mo. @ $    68.75 /mo | | |
| 1005. School Taxes     mo. @ $    202.58 /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | 10.00 |
| 1107. Attorney's fees | | |
|     (includes above items No:       ) | | |
| 1108. Title Insurance    to Tohickon Abstract Company | 2,900.26 | |
|     (includes above items No:   1101 - 1105, inclusive   REISSUE RATE  ) | | |
| 1109. Lender's Policy | | |
| 1110. Owner's Policy    596,500.00 - 2,900.26 | | |
| 1111. | | |
| 1112. Overnight lender package    to FedEx | | |
| 1113. Closing Protection Letter    to Lawyers Title Insurance Corporation | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees Deed $46.50    ; Mortgage $    ; Release $ | 46.50 | |
| 1202. City/County tax/stamps    Deed $5,965.00   ; Mortgage $ | 5,965.00 | |
| 1203. State Tax/stamps    Deed $5,965.00   ; Mortgage $ | | 5,965.00 |
| 1204. Electronic Document Delivery    to Tohickon Abstract Company | | |
| 1205. Broker's Services Fee | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. Tax Certification    to Upper Makefield Township | | 30.00 |
| 1304. 2007 County/Twp Tax    to Upper Makefield Township Tax Office | | 907.55 |
| 1305. 07/08 School Tax    to Upper Makefield Township Tax Office | | 2,674.08 |
| 1306. Final Water Charges | | |
| 1307. Final Sewer Charges | | |

05/25/2006  22:00   6106515930                                        PAGE  02/04

05/26/2006   10:25   Received 05/26/2006 10:39AM in 01:08 on line (1) for 3893 * Pg 3/3                     NO. 5553   P003
                     SPRING WILLOW FIN + 6107223388

## A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265 (expires 8/30/2008)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | BV4-4040-L | | |

C. Note:                                                                                      Title Company Settlement System
                                                                                              Printed 05/25/2006 at 10:32 KAN

| D. NAME OF BORROWER: | Fred Rappaport and Vicky Rappaport |
| ADDRESS: | 1224 Pond Trco, Jamison, PA 18929 |
| E. NAME OF SELLER: | JP Morgan Trust Company of Delaware, A Delaware Banking Corporation, Trustee |
| ADDRESS: | |
| F. NAME OF LENDER: | Sovereign Bank |
| ADDRESS: | 1400 Berkshire Boulevard, Wyomissing, PA 19610 |
| G. PROPERTY ADDRESS: | Wrightstown Road, Lot 37, Newtown, PA 18940 |
| | Bucks County, Pennsylvania, Upper Makefield/Wrightstown Township |
| ☐ Primal Residence | ☐ Other Real Estate |
| H. SETTLEMENT AGENT: | East Coast Search & Abstract Co. |
| PLACE OF SETTLEMENT: | 212 Commerce Drive West, Lansdale, PA 19447, Ph:2159702229 Fx:2159689720 |
| I. SETTLEMENT DATE: | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 550,000.00 | 401. Contract sales price | 550,000.00 |
| 102. Personal property | | 402. Personal Property | |
| 103. Settlement charges to bw (line 1400) | 17,554.38 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | 181.90 | 406. City/town taxes | 181.90 |
| 107. County taxes | 310.54 | 407. County taxes | 310.54 |
| 108. School Taxes | 218.34 | 408. School Taxes | 218.34 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE | 568,700.78 | 420. GROSS AMOUNT DUE TO SELLER | 550,710.78 |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 38,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan | 417,000.00 | 502. Settlement charges to seller (line 1400) | 36,520.00 |
| 203. Existing loan(s) taken subj of to | | 503. Existing loan(s) taken subject to | |
| 204. Buyer's Check | | 504. Payoff of first Mortgage Loan | |
| 205. Buyer | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 455,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 36,520.00 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 568,700.78 | 601. Gross amount due to seller (line 420) | 550,710.78 |
| 302. Less amounts paid by/for borrower (line 220) | 455,000.00 | 602. Less reduction amount due seller (line 520) | 36,520.00 |
| 303. CASH FROM BORROWER | 113,700.78 | 603. CASH TO SELLER | 513,190.78 |

05/25/2006 22:08 6106515930 PAGE 03/04

Received 05/26/2006 10:20AN in 01:08 on line (1) for 3693 * Pg 2/3

05/26/2006 10:12 SPRING MILL FIN - 6107266268 NO.653 0002

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: ECA-1016-L

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $53,800.00 @ 6.00 = $3,288.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 53,800.00 to Lisa James Ohio Country Properties | | | |
| 702. $ | | | |
| 703. Commission paid at Settlement | | | 3,888.00 |
| 704. Compensation Fee | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | to | | |
| 802. Loan Discount 1.000 % to Sovereign Bank | | 4,170.00 | |
| 803. Appraisal Fee to Sovereign Bank | | 260.00 | |
| 804. Credit Report to GBP Companies | | 25.00 | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee to Sovereign Bank | | 250.00 | |
| 807. Tax Service Fee to LSI Tax Service | | 69.00 | |
| 808. Flood Certification Fee | | | |
| 809. Document Preparation Fee to Sovereign Bank | | 15.00 | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From 05/26/06 to 06/01/2006 @ 75.2917 /day 6 Days | | 451.75 | |
| 902. Mortgage Insurance Premium for mo. to | | | |
| 903. Hazard Insurance Premium for yr. to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @ $ /mo. | | | |
| 1002. Mortgage Insurance mo. @ $ /mo. | | | |
| 1003. City Property Taxes mo. @ $ /mo. | | | |
| 1004. County Property Taxes mo. @ $ /mo. | | | |
| 1005. School Taxes mo. @ $ /mo. | | | |
| 1006. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | | | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees to East Coast Search & Abstract Company | | 25.00 | |
| 1107. Attorney's Fees | | | |
| (includes above items No. ) | | | |
| 1108. Title Insurance to East Coast Search & Abstract | | 2,741.00 | |
| (includes above items No. ) Release Rate | | | |
| 1109. Lender's Policy $57,090.00 | | | |
| 1110. Owner's Policy $00,000.00 - 2,741.00 | | | |
| 1111. END 100, END 300, END 710 East Coast Search & Abstract | | 300.00 | |
| 1112. Closing Service Letter to Lawyers Title Insurance Company | | 35.00 | |
| 1113. Courier Fee to East Coast Search & Abstract | | 35.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $7.00 ; Mortgage $ ; Release $ | | 150.00 | |
| 1202. City/County tax/stamps Deed $4,500.00 ; Mortgage $ | | 4,500.00 | |
| 1203. State Tax/stamps Deed $3,500.00 ; Mortgage $ | | | 4,500.00 |
| 1204. Record Amendment to East Coast Search & Abstract | | | |
| 1205. Certification to East Coast Search & Abstract | | | 20.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Email/Phone Fee to East Coast Search & Abstract | | 35.00 | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on line 103, Section J and 502, Section K) | | 13,394.92 | 38,928.00 |