**EXHIBIT "F"**



*www.asterion-consulting.com*

215 S. Broad Street, 3rd Floor
Philadelphia, PA 19107

*t* 215 893 9901
*f* 215 893 9903

October 21, 2015             **Privileged & Confidential**

Robert L. Saldutti, Esquire
Saldutti, LLC
800 N. Kings Highway, Ste. 300
Cherry Hill, NJ 08034

**RE:**     **CUSTOMERS BANK V. LIFESTYLE HEALTHCARE GROUP**

We have analyzed the files received in the above referenced matter. A majority of the documents we examined were contained on two thumb drives, one received in August and the last received in early October.

The October data received was produced in response to our request for additional information. The latest production was extensive and contained thousands of pages of documents in various formats, including excel, word, pdf, mht, text and tiff.

Specific financial information was requested for the four companies Lifestyle 1 LP ("the Spa"), Lifestyle Management, LLC, ("Mgmt."), Lifestyle Real Estate 1, LP ("Real Estate") and Lifestyle Healthcare Group, Inc. ("Healthcare"). Another entity name was noted among the tax correspondence provided, Lifestyle Holdings, LLC. There is a possibility there are other entities which have been established but we have not seen evidence of was not identified through the operating activity of the four entities.

QuickBooks back up files, or QBB files, were received for Healthcare. For two of the remaining three entities, the Spa and Mgmt., excel files were provided which purported to represent a download of Quicken data into an excel format. We understand the reason for an excel presentation was to safeguard confidential client information. While that explanation is plausible for the Spa, it does not necessarily make sense for Mgmt., an entity one would believe did not possess confidential patient information. The excel files combined general ledger transactions for periods prior to 2012 into one line item and presented individual transactions from 2012 forward into 2015. A one page 2014 excel trial balance, a document which presents ten account balances without any detail, was provided for Real Estate. Healthcare had the most significant level of activity during the periods as measured by the number of transactions.

Payroll information was also requested for the years 2013, 2014 and year to date 2015. 2013 W-2 copies were provided by the Spa and a summary schedule, which did not appear to be generated by an outside payroll service, was furnished for 2012. For Healthcare, a summary schedule was also provided for 2013 and 2015 year to date

Robert Saldutti, Esquire
October 21, 2015
Pg. 2

payroll data was presented on a Paychex prepared timesheet which provided data for eight employees. There was no payroll information received for Real Estate or Management. It should be noted that the 2014 tax return for Management and the 2013 tax return of Real Estate, the last year provided for each, reflected no amount reported on the Salaries and Wages line. Therefore, if any compensation was paid, it would have been to a consultant, rather than an employee, and amounts would be reported on a Form 1099.

As mentioned previously, 2014 tax returns were provided for three of the four entities. A 2013 tax return was provided for Real Estate. A few points are worth mentioning about these documents. Healthcare reported a loss of over $3.0 million in 2014 with gross receipts of approximately $200,000. The 2013 return reported interest as the only source of income in the amount of $47 and 2012 reflected no income. The source of the $200,000 of receipts reported in 2014 is unknown. A net operating loss of approximately $2.4 million was available at the beginning of the 2014. Of the $4.8 million of assets reported on the 2014 tax return, approximately $3.4 million represents an investment in Real Estate. Additionally, compensation to officers reported was $0, $193,751 and $500,000 in years 2012 through 2015 respectively.

Mgmt.'s 2014 tax return reported a loss of approximately $26,000 and zero income reflected. Assets consisted of cash totaling $159. Real Estate's 2013 tax return shows no activity, receipts or disbursements, and assets totaling over 4.6 million. $2.9 million is reported as the value of land and $1.8 million as construction in progress. The Spa generated $94,000 in income in 2014 but had a taxable loss of almost $250,000. Assets totaled $29,000. The tax returns for the Spa reveal it was consistently losing over $200,000 on an annual basis.

Compiled financial statements were prepared by St. Clair CPA's, P.C. The compilations, a level of service for which the accountant does not offer an opinion or any assurances, are presented on a combined basis. The financial statements combine Healthcare, the Spa, Mgmt. and Real Estate. The latest compiled statements reflect losses of $2.2 million and $1.5 million for the years 2014 and 2013 respectively. Assets in 2014 totaled $10 million and $7 million in 2013, with over two thirds of the value of assets attributable to Land and Construction in Progress. It is interesting that the Notes to the Financial Statements for 2014 describe a prior period, 2013, adjustment. The approximately $1 million adjustment was attributable to financing costs and capitalized interest incorrectly recorded as Construction in Progress in 2013. An additional financial statement note disclosed the $3.5 million line of credit obtained by Real Estate in March of 2015.

During our analysis of the October production, we also noted numerous documents related to architectural drawings, zoning and permit acquisitions and presentations prepared to acquire financing. It is apparent the companies were pursuing construction related activities for the Bensalem location. It is our understanding the state trooper barracks at the location have been demolished. In the 2014 financial statement notes, it is reported Real Estate is committed to approximately $134 million in construction costs in connection with the healthcare facility.

Robert Saldutti, Esquire
October 21, 2015
Pg. 3

The primary focus of our analysis was to determine how funds were spent by the entities as the analysis could identify possible sources for recovery. Back in August, we received the QuickBooks files for Healthcare. The general ledger information was exported into excel and cash account disbursements sorted. A listing of payees by year, 2012 to 2015 was produced. In the October production, the excel general ledgers provided enabled us to do a similar analysis for Real Estate and Mgmt. We discussed these disbursements in our meeting past week with Bob but have not provided them until now. For these two entities, we did not separate the payees by year. Attached to this letter is a summary schedule of the disbursements made, listed by payee, generated from the general ledgers of the three companies. We have grouped the unnamed payees together and present them separately at the end of the analysis. In this presentation, we present a subtotal which is then adjusted by the amounts disbursed attributable to the other entities or created by the condense function in QuickBooks, presumably to eliminate transactions occurring before 2012. Using this method, amounts distributed outside the related entities are isolated.

The table below presents a summary of the information contained on the attachments:

| Entity | | | |
|---|---|---|---|
| | **Healthcare** | **Mgmt** | **Spa** | **Total** |
| Total Disbursements | $15,622,597 | $788,561 | $1,327,999 | $17,739,157 |
| Less: Adjustments | 5,116,389 | 724,800 | 514,584 | 6,355,773 |
| **Adjusted Disbursements** | **$10,506,208** | **$ 63,761** | **$ 813,415** | **$11,383,384** |

It should be considered that the disbursements appearing on the schedules represent amounts as reported and contained in the financial information provided, QuickBooks files or QuickBooks excel summaries. A complete analysis would involve examining the check, or other supporting documentation, to verify the disbursement and the clearing of such amounts on the bank statements.

We noted in our initial analysis that over $160,000 was paid from Healthcare to American Express. We specifically requested credit card statement copies to further analyze these transactions but do not believe it was provided in the most recent production. Apparently, American Express cards were not used in the other entities but a separate account entitled, "Credit Card" is grouped with bank accounts on the Spa's general ledger. We also noted Debit Card transactions listed in the same general ledger.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Stephen J. Scherf

**LIFESTYLE HEALTH CARE**
**DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS**
**2012 TO 2015**

| | | ENTITY | | |
| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
|---|---|---|---|---|
| 4Imprint | ($2,122.33) | ($763.25) | | ($2,885.58) |
| Acme | (32.61) | (12.72) | (37.76) | (83.09) |
| ACRA American College of Radiology | (2,550.00) | | | (2,550.00) |
| Adobe | (4,080.45) | (318.99) | | (4,399.44) |
| ADP | (40,988.57) | | | (40,988.57) |
| Adriannna's Little Italy | | | (61.86) | (61.86) |
| Adrienne Kittka/Adrienne P Kittka | (45,220.69) | (93.69) | | (45,314.38) |
| Aesthetics Expo | | (110.00) | | (110.00) |
| Alice G. Gosfield and Associates, PC | (6,816.25) | | | (6,816.25) |
| Allergan USA, Inc. | | (5,870.00) | | (5,870.00) |
| All Conferencing | (754.89) | | | (754.89) |
| Allured Books | | (41.88) | | (41.88) |
| Alma Lasers | (57,034.00) | | | (57,034.00) |
| Amanda Palm | | (768.00) | | (768.00) |
| Amazon | (1,752.99) | (367.54) | | (2,120.53) |
| American Express | (161,128.47) | | | (161,128.47) |
| American Heart Association | (5,500.00) | | | (5,500.00) |
| American Medical Association | (450.00) | | | (450.00) |
| American Sign | | (423.99) | | (423.99) |
| AmerihealthRx | (842.10) | (87.10) | | (929.20) |
| Amtrak | (188.70) | | | (188.70) |
| Anne Marie/Anne Marie Decristoforo | (92,927.01) | (465.79) | | (93,392.80) |
| Anthony Corrado D.O. | | (3,000.00) | | (3,000.00) |
| AOIA | | (18.00) | | (18.00) |
| Arthur J. Gallagher & Co. | (5,397.00) | | | (5,397.00) |
| ASCP | | (1,963.00) | | (1,963.00) |
| Ask My Accountant (Auto Expenses) | (2,142.73) | | | (2,142.73) |
| Ask My Accountant (Withdrawal) | (2,836.71) | | ✓ | (2,836.71) |
| Associated Skin Care Professionals | | (613.00) | | (613.00) |
| AT&T Mobility | (2,480.03) | (1,512.67) | | (3,992.70) |
| ATM | | (406.00) | | (406.00) |
| ATTM | | (1,199.92) | | (1,199.92) |
| Aux Quatre Vents | (127.07) | | | (127.07) |
| A.Y. STRAUSS, LLC | (10,000.00) | | | (10,000.00) |
| B. Lee Entertainment | (1,000.00) | | | (1,000.00) |
| Bacchus | | (261.68) | | (261.68) |
| Bags and Bows | | (709.76) | | (709.76) |
| Barry Isett & Associates | (16,250.00) | | | (16,250.00) |
| BCCD-CWF | (600.00) | | | (600.00) |
| BCEDC | (2,220.00) | | | (2,220.00) |
| Bed Bath & Beyond | (579.19) | (151.31) | (80.53) | (811.03) |
| Bensalem Township | (55,580.86) | | | (55,580.86) |
| Best Buy | (487.55) | | | (487.55) |
| BJ's | (53.30) | (41.75) | | (95.05) |
| Blue Host | (109.97) | | | (109.97) |
| Blue Ocean Rentals Ltd. | | | (8,857.50) | (8,857.50) |
| Blue Ocean Villas | | | (2,500.00) | (2,500.00) |
| Boniss Holdings, LLC | (190,000.00) | | | (190,000.00) |
| Booker Software | | (2,509.58) | | (2,509.58) |
| Boolchands | (409.00) | | | (409.00) |
| Brandon Roman-Cruz | | (500.00) | | (500.00) |
| Brawny Cleaners | (7,090.00) | (10,600.00) | | (17,690.00) |
| Briarcliffe American Legion Post #761 | (250.00) | | | (250.00) |
| Brittany Bray/Brittany L. Bray | (15,493.59) | (73,247.51) | | (88,741.10) |
| Bucks County Conservation District | (5,310.00) | | | (5,310.00) |
| Bucks County Dept. of Health | (640.00) | | | (640.00) |
| Bucks County Economic Development | (440.00) | | | (440.00) |
| Bucks County Fire Safety | (241.26) | | | (241.26) |
| Bucks County Planning Commision | (4,500.00) | | | (4,500.00) |
| Bucks County Womens Journal | | (3,500.00) | | (3,500.00) |
| Budget car Rental | (1,375.55) | | | (1,375.55) |
| Burke's Main Street | | (39.50) | | (39.50) |
| Capsicum Group | (3,669.88) | | | (3,669.88) |
| Carmel Wine Bar | | (527.59) | | (527.59) |
| Carolina Cola BR Alliance | (5,000.00) | | | (5,000.00) |

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
|---|---|---|---|---|
| Carol Tamburino & Associates, Inc. | | (2,500.00) | | (2,500.00) |
| Cash | | | (300.00) | (300.00) |
| Cathleen M George | | (61,251.33) | | (61,251.33) |
| Cenpos | (46.63) | | | (46.63) |
| Charler Everard Cox, M.D./Charels E. Cox, M.D. | (4,000.00) | | | (4,000.00) |
| Christian Heating | | (734.00) | | (734.00) |
| Chutzpah Media, LLC | | (800.00) | | (800.00) |
| Clear Channel Broadcasting, Inc. | (41,000.00) | | | (41,000.00) |
| Clipper Magazine | | (14,040.12) | | (14,040.12) |
| ClubHouse Diner | | (24.87) | | (24.87) |
| Colin Merlo | (3,305.05) | | | (3,305.05) |
| Comcast | | | (362.68) | (362.68) |
| Commonwealth of Pa | (11,015.21) | | | (11,015.21) |
| Community Business Network | | (695.00) | | (695.00) |
| Compressed Air Systems, Inc. | | (38.96) | | (38.96) |
| Constant Contact | | (1,098.00) | (37.10) | (1,135.10) |
| Copi-Rite | (6,811.14) | (6,412.41) | | (13,223.55) |
| Corporation Service Company | (11,743.26) | (1,260.67) | (323.00) | (13,326.93) |
| Corsi Associates | (1,087.50) | | | (1,087.50) |
| CORT | (41,712.19) | | | (41,712.19) |
| COSTCO/COSTCO GAS | (1,856.32) | (1,042.32) | | (2,898.64) |
| Craigslist | | (125.00) | | (125.00) |
| CT Lien Solutions | (450.00) | | | (450.00) |
| Curtis Albucher | (3,600.00) | | | (3,600.00) |
| Customers Bank (Bank Fees) | (1,712.00) | | | (1,712.00) |
| Customers Bank (Accounts Payable) | (10,975.00) | | | (10,975.00) |
| CVS | | (42.66) | | (42.66) |
| Dance Arts of Yardley | | (70.00) | | (70.00) |
| Daniel Muck/Daniel P. Muck | (55,154.52) | (29,911.10) | | (85,065.62) |
| Dauphin Computers Inc. | | (720.00) | | (720.00) |
| Dave Bilyk Exterminators | | (419.76) | | (419.76) |
| Dawn Inselberg | | (1,570.00) | | (1,570.00) |
| Dayee Jacob | (1,200.00) | | | (1,200.00) |
| DB Pest Solutions | | (305.28) | | (305.28) |
| Debra Popky | | (825.45) | | (825.45) |
| Del Val Media | | (999.00) | | (999.00) |
| Del Val Soil & Environmental | (5,368.00) | | | (5,368.00) |
| DeLaine/Michelle Douglas | | (3,523.00) | | (3,523.00) |
| Delaware Secretary of State | (250.00) | (250.00) | | (500.00) |
| Delcrest Medical Services | (12.66) | | | (12.66) |
| Department of State | (250.00) | | | (250.00) |
| Department of The Treasury | | (84.00) | | (84.00) |
| Discern Health | (15,750.00) | | | (15,750.00) |
| DLC MGMT-DELANCEY | | (14.00) | | (14.00) |
| DreamHost.com | (36.90) | (25.90) | (42.85) | (105.65) |
| DropBox | (294.93) | (600.00) | | (894.93) |
| Dynamis Skin | | (2,191.40) | | (2,191.40) |
| Earth Engineering, Inc. | (19,960.00) | | | (19,960.00) |
| Erika Schmidt | (8,550.00) | (71,937.55) | | (80,487.55) |
| Esquire Assist | (344.00) | | | (344.00) |
| Eva Esthetics | | (168.72) | | (168.72) |
| Evolution Technology | (18,433.94) | (6,999.99) | | (25,433.93) |
| Farouq Samhouri/Farouq Samhouri-2 | (25,000.00) | (625.00) | | (25,625.00) |
| Federal Express/Fed Ex | (1,291.79) | | | (1,291.79) |
| First Insurance Funding Corp. | (10,442.31) | | | (10,442.31) |
| Fish Window Cleaning | | (71.55) | | (71.55) |
| FNBO | | (3,406.00) | | (3,406.00) |
| FOUR SEASONS | (189.84) | (375.08) | | (564.92) |
| Frances Batzer, M.D. LLC | (4,950.00) | | | (4,950.00) |
| Fred Rappaport/Fred S. Rappaport | (433,199.01) | (47,460.49) | (3,350.00) | (484,009.50) |
| GAI Consultants | (1,360.00) | | | (1,360.00) |
| Gail Tamburino | | (1,200.00) | | (1,200.00) |
| Gattopardo | | (376.05) | | (376.05) |
| Genesis Biosystems | | (464.00) | | (464.00) |
| George Popky/George L. Popky, MD | (480,896.68) | (13,970.00) | | (494,866.68) |
| Gianni's Pizza | | (44.61) | | (44.61) |

2

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
|---|---|---|---|---|
| | | ENTITY | | |
| Giant | (48.24) | (206.64) | | (254.88) |
| GiftedTouch.Com | | (4,003.20) | | (4,003.20) |
| Gideongroup | (500.00) | | | (500.00) |
| Gilmore & Associates | (2,355.00) | | | (2,355.00) |
| Glo Professional | | (8,125.96) | | (8,125.96) |
| Global Pay | | (4,547.12) | | (4,547.12) |
| Godaddy | | (454.80) | | (454.80) |
| Google | (60.00) | (50.00) | | (110.00) |
| GotPrint | (347.24) | (501.84) | | (849.08) |
| Grainger | (584.24) | (143.73) | | (727.97) |
| GrammercyOne/SpaBooker | | (1,200.00) | | (1,200.00) |
| Greater Media, Inc. | | (382.50) | | (382.50) |
| Greg Farrell | (150.00) | | | (150.00) |
| GS Architects | (855,685.66) | | | (855,685.66) |
| H2TSPA.com | | (50.79) | | (50.79) |
| Hampton Inn & Suit | (499.20) | | | (499.20) |
| Hess | (347.17) | (667.97) | (50.01) | (1,065.15) |
| High Class Publications | | (2,800.00) | | (2,800.00) |
| Hill Wallack LLP | (10,300.00) | | | (10,300.00) |
| Holland House Hotel | (588.45) | | | (588.45) |
| Hometown Press | | (695.00) | | (695.00) |
| Hugh E Dillon | | (337.50) | | (337.50) |
| IBS NY | | (150.00) | | (150.00) |
| Image International | | (26,100.44) | | (26,100.44) |
| In Bal-Tech Medic | | (128.90) | | (128.90) |
| Independence Blue Cross | (57,392.98) | (2,595.81) | | (59,988.79) |
| Insparation Manage | | (29.85) | | (29.85) |
| Internal Revenue Service | (31,602.33) | (2,675.67) | | (34,278.00) |
| InterPark | | (26.00) | | (26.00) |
| Interstate | (2,500.00) | (2,920.00) | | (5,420.00) |
| Intuit | (687.71) | (1,035.51) | (340.24) | (2,063.46) |
| Irving Levin Assoc | (297.00) | | | (297.00) |
| Isaac Newtons | | (49.95) | | (49.95) |
| Jalynn Concepts | | (2,025.00) | | (2,025.00) |
| Jamison Gas | (627.00) | | | (627.00) |
| Jason Harris | 0.00 | | | 0.00 |
| Jay Kohn | (5,930.00) | (11,010.00) | | (16,940.00) |
| JCD Communications | (3,307.52) | | (4,134.42) | (7,441.94) |
| JDRF | (1,000.00) | | | (1,000.00) |
| Jenna Communications | (61,172.30) | | | (61,172.30) |
| Jersey Shore Aerial Advertising, LLC | | (2,016.00) | | (2,016.00) |
| Joe's Rum Hut | (74.00) | | | (74.00) |
| Joey G's Gourmet | (100.06) | (14.84) | | (114.90) |
| Jose Chacon | (251.00) | | | (251.00) |
| Joseph Molony | (3,000.00) | | | (3,000.00) |
| KashKashian & Kashkashian | (1,000.00) | | | (1,000.00) |
| Kauffman, Coren & Ress, PC | | | (25,000.00) | (25,000.00) |
| Kennith Downie, Jr. | (627.84) | | | (627.84) |
| Kent T. Christman | (196.25) | | | (196.25) |
| kerri Alamia/ Kerri L. alamia | (6,092.26) | | | (6,092.26) |
| Keystone Health Plan East | (62,171.03) | | | (62,171.03) |
| klehr Harrison | (393,843.17) | | | (393,843.17) |
| Kohl's | | (79.46) | | (79.46) |
| KVG Services, Inc. | (7,210.00) | (170.00) | | (7,380.00) |
| La Cena | | (73.49) | | (73.49) |
| Laura Seelhorst | | (250.00) | | (250.00) |
| LePain Quotidien | | (36.67) | | (36.67) |
| Liberty Mutual Insurance | (1,123.00) | (1,536.00) | | (2,659.00) |
| Lifeline Medical | | (581.52) | | (581.52) |
| Lifestyle 1 LP (the Spa) | (226,891.00) | (51,300.00) | (16,200.00) | (294,391.00) |
| Lifestyle Healthcare Group (Healthcare) | (2,937,549.27) | (377,404.46) | (708,600.00) | (4,023,553.73) |
| Lifestyle Management Group, LLC (Mgmt.) | (811,948.85) | (13,960.00) | | (825,908.85) |
| Line of Credit - MileStone Bank | | (13,799.88) | | (13,799.88) |
| Loopnet Inc. | (269.85) | | | (269.85) |
| Lower Bucks County | (363.27) | | | (363.27) |
| Lukoil | (19.10) | (58.27) | | (77.37) |

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

| | | ENTITY | | |
|---|---|---|---|---|
| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
| Mack Hugh Sullivan Jr. M.D. | (2,275.80) | | | (2,275.80) |
| Marriot | | (475.80) | (468.37) | (944.17) |
| Marshalls | | (50.82) | | (50.82) |
| Matthew Shultz | (10,800.00) | (1,350.00) | | (12,150.00) |
| Mayor Joseph Digirolomo Scholarship Fund | (3,350.00) | | | (3,350.00) |
| MC Paper Direct | | (69.98) | | (69.98) |
| McCormmick and Schmic | | (316.22) | | (316.22) |
| McKesson Medical Surgical | | (5,140.41) | | (5,140.41) |
| McMahon Associates | (20,004.80) | | | (20,004.80) |
| Medequip International | (7,193.57) | | | (7,193.57) |
| Med-Flex | | (68.50) | | (68.50) |
| Medical Referral Solutions, Inc. | (20,332.13) | | | (20,332.13) |
| Melissa K Gondek/Melissal Gondek | (6,335.15) | | | (6,335.15) |
| Melissa M Ciaccia | (6,565.64) | | | (6,565.64) |
| Mercury Payments | | (700.00) | | (700.00) |
| Michael's | | (55.54) | | (55.54) |
| Michael Fuoco & Associates, LLC | (125,284.89) | | | (125,284.89) |
| Michelle Douglas | | (1,026.26) | | (1,026.26) |
| Microsoft/Microsoft Corporation | (1,542.13) | (585.12) | | (2,127.25) |
| Milestone Bank | | (46,967.16) | | (46,967.16) |
| Minuteman Press | (7,314.53) | (2,670.40) | | (9,984.93) |
| Misc Debit | | (1,000.00) | | (1,000.00) |
| Moish & Itzys | (78.87) | (38.58) | (89.21) | (206.66) |
| Montgomeryville 10 | (63.49) | | | (63.49) |
| Moore Medical | | (585.56) | | (585.56) |
| Mountain Rose Herb | | (198.04) | | (198.04) |
| Mr. Busby Beach | (442.75) | | | (442.75) |
| MSFT | | (81.62) | | (81.62) |
| New Again Furniture Service | | (680.00) | | (680.00) |
| New England Journal of Medicine | (159.00) | | | (159.00) |
| Newtown Emergency Services Department | (250.00) | | | (250.00) |
| Newtown Floral | | (63.55) | | (63.55) |
| Newtown Pizza | (74.51) | | (72.44) | (146.95) |
| Newtown Township | (310.00) | | | (310.00) |
| Newtown Yardley Associates | (296,150.02) | | | (296,150.02) |
| Nicole Ciasullo | | (2,240.30) | | (2,240.30) |
| NJ Transit | (56.00) | | | (56.00) |
| Nolas Salon | | (223.80) | | (223.80) |
| Northampton Township | | (259.10) | | (259.10) |
| North Mountain Healthcare, LLC | (7,500.00) | | | (7,500.00) |
| Norton | | (512.34) | | (512.34) |
| Obsessive Compulsi | | (66.55) | | (66.55) |
| Ohev Shalom | | (150.00) | | (150.00) |
| Ohio Casualty | (1,765.60) | (4,805.15) | | (6,570.75) |
| On The Border | (104.86) | (26.84) | | (131.70) |
| P. Agnes Construction | (81,850.00) | | | (81,850.00) |
| Pa Dept of Labor & Industry | (1,915.51) | | | (1,915.51) |
| Pa. Department of Revenue | | (7,194.99) | | (7,194.99) |
| Pa. Dept of State | | (250.00) | | (250.00) |
| Pa Office of Unemployment | | (2,625.09) | | (2,625.09) |
| PA-CWF | (1,300.00) | | | (1,300.00) |
| Pallantes Italian | | (31.11) | | (31.11) |
| Paper Direct | | (886.41) | | (886.41) |
| Paragon, LLC | (30,000.00) | | | (30,000.00) |
| Parallel Edge, Inc. | (13,975.07) | | | (13,975.07) |
| Parcels Plus | (74.03) | (15.51) | | (89.54) |
| Parts4Laser | (2,250.00) | | | (2,250.00) |
| Paul D. Neuwirth | (6,572.12) | | | (6,572.12) |
| Paychex EIB | (581.83) | | | (581.83) |
| Paychex Inc. | (113,830.84) | | | (113,830.84) |
| Paychex PIA WC Premium | (317.85) | | | (317.85) |
| Paychex TPS Taxes | (68,120.31) | | | (68,120.31) |
| PayPal | | (497.38) | | (497.38) |
| Pennsylvania Unemployment Compensation | (197.54) | | | (197.54) |
| Peoplesmart | (39.95) | | | (39.95) |
| Photomedex-Procyte | | (1,848.26) | | (1,848.26) |

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

|  | ENTITY | | | |
|---|---|---|---|---|
| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
| Piccolo Trattoria | (196.16) | (105.01) | | (301.17) |
| POS (Bank Charges) | (0.50) | | | (0.50) |
| Pos Purchase Transaction Fee | | (1.50) | | (1.50) |
| Pro Tools Services | (500.00) | | | (500.00) |
| Professional Controllers Inc. | (1,300.00) | (700.00) | | (2,000.00) |
| Quality Gas | (169.33) | (195.40) | (126.50) | (491.23) |
| QuickBooks | (594.64) | | | (594.64) |
| Quill Corporation | | (224.68) | | (224.68) |
| Radio Shack | | (44.50) | | (44.50) |
| Randy Marcus | (18,141.84) | (3,000.00) | | (21,141.84) |
| Realty Landscaping Corporation | (600.00) | | | (600.00) |
| Redners market | (96.99) | | | (96.99) |
| Redstone American | (54.90) | | | (54.90) |
| Reliable Office Supplies | | (482.21) | | (482.21) |
| Regus | (1,264.13) | | | (1,264.13) |
| Residential Alarm Co., Inc. | | (1,194.00) | | (1,194.00) |
| Resolution Networks | (4,257.63) | | | (4,257.63) |
| Richboro Car Wash | (23.00) | | | (23.00) |
| Richboro Pub | (61.38) | | | (61.38) |
| Robert D Frawley | (4,267.53) | | | (4,267.53) |
| Robert Santilli | (20,670.56) | (1,150.00) | | (21,820.56) |
| Robert Skalicky, D.O. | | (787.50) | | (787.50) |
| Romanos | | (30.97) | | (30.97) |
| Ruby Tuesdays | (28.34) | | | (28.34) |
| Ryan Walter of Brawny Cleaners | (200.00) | | | (200.00) |
| Safeguard | (1,652.69) | (96.14) | | (1,748.83) |
| Sally Beauty | | (85.80) | | (85.80) |
| Samantha Patterson | | (1,425.35) | | (1,425.35) |
| Sarl Bistrot | | (121.67) | | (121.67) |
| Savya Shukla/Savya S. Shukla | (104,910.00) | (3,628.35) | | (108,538.35) |
| SBI | (200.00) | | | (200.00) |
| Schoenman Cosmo | | (80.47) | | (80.47) |
| Service Charge | | (205.65) | | (205.65) |
| Shell | | (50.10) | (29.99) | (80.09) |
| Showers Printing | (744.83) | (276.93) | | (1,021.76) |
| Six Card Solutions | | (426.30) | | (426.30) |
| Solta Medical/Solta Medical Inc. | (31,800.00) | (3,045.38) | | (34,845.38) |
| SpaFinder | | (2,235.00) | | (2,235.00) |
| St Clair CPA | (72,400.25) | (16,602.00) | | (89,002.25) |
| Staples | (5,701.64) | (7,429.20) | (718.01) | (13,848.85) |
| Stark & Stark, PC | (18,762.81) | | | (18,762.81) |
| State of Delaware | | | (250.00) | (250.00) |
| Sterling Transport | (522.94) | (879.31) | (286.19) | (1,688.44) |
| Stopzillacc.co | (99.95) | | | (99.95) |
| Storage Works | (2,593.84) | (915.04) | (362.85) | (3,871.73) |
| Stradley Ronon | (58,967.69) | | | (58,967.69) |
| Stutz Candies | | (121.19) | | (121.19) |
| Sunoco | (31.50) | (146.20) | (60.00) | (237.70) |
| Susan Liggett | (1,600.00) | | | (1,600.00) |
| Synertech | (7,669.50) | | | (7,669.50) |
| Tanner Industries, Inc. | (15,000.00) | | | (15,000.00) |
| Taormina Pizza | | (328.78) | | (328.78) |
| TD Bank (Bank Charges) | (230.00) | | | (230.00) |
| Target | | (273.57) | | (273.57) |
| TCG Document Solutions, LLC | | (1,041.75) | | (1,041.75) |
| The Brick Hotel | (211.45) | (59.55) | | (271.00) |
| The Chambers Group | (9,535.17) | (54.59) | | (9,589.76) |
| The Hartford | (2,282.80) | | | (2,282.80) |
| The MPM Group | (1,785.00) | | | (1,785.00) |
| The Saloon | | (64.06) | | (64.06) |
| The Twisted Trail | | | (36.80) | (36.80) |
| The Works of Richboro | | (54.46) | | (54.46) |
| Times Publishing | (1,530.00) | (18,284.00) | | (19,814.00) |
| TNG WORLDWIDE | | (163.39) | | (163.39) |
| Tom Bowie | (350.00) | | | (350.00) |
| Tom Gallagher Systems Consulting | (450.29) | | | (450.29) |

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

| PAYEE | HEALTHCARE | SPA | MGMT | TOTAL ALL ENTITIES |
|---|---|---|---|---|
| | | ENTITY | | |
| Toner Price | (111.88) | | | (111.88) |
| Tony Vlahovic | (70,000.00) | | (1,800.00) | (71,800.00) |
| Town Planner of Bucks County | | (2,740.30) | | (2,740.30) |
| Township of Bensalem | (50,000.00) | | | (50,000.00) |
| Township of Northampton | | (45.00) | | (45.00) |
| Trail Play | (29.95) | | | (29.95) |
| Transfer | | (2,000.00) | | (2,000.00) |
| Trattoria Tiramisu | (77.31) | | | (77.31) |
| Trave Guard Group | | (32.00) | | (32.00) |
| Travel Insurance/Travelers Insurance | (4,421.75) | (27.00) | | (4,448.75) |
| Tre Fratelli | (373.80) | | (90.92) | (464.72) |
| Trenton Park & Ride | | (10.00) | | (10.00) |
| Tri State Engineers | (106,803.30) | | | (106,803.30) |
| TTI Environmental, Incorporated | (26,473.75) | | | (26,473.75) |
| United Concordia | (5,234.30) | | | (5,234.30) |
| United States Treasury | (82,510.55) | (41,628.09) | | (124,138.64) |
| Univest (Bank Fees) | (305.75) | | (57.94) | (363.69) |
| Umar Farooq, M.D. | | (3,000.00) | | (3,000.00) |
| Universal Companies | | (3,850.61) | | (3,850.61) |
| Univest | | (347.87) | | (347.87) |
| US Air | (16.78) | | | (16.78) |
| USPS | (345.49) | (1,793.39) | | (2,138.88) |
| Valeant Pharmaceutical | | (1,500.00) | | (1,500.00) |
| Valerie Higgins/Valerie L. Higgins | (2,047.93) | (9,917.00) | | (11,964.93) |
| Valley Passaic Kennedy Funding Financial | (70,331.40) | | | (70,331.40) |
| Venus Concept | (23,135.00) | (308.20) | | (23,443.20) |
| Verizon | (28,546.64) | (9,157.66) | (1,861.60) | (39,565.90) |
| Vicky Rappaport/Vicky L. Rappaport | (118,877.19) | (89,603.37) | | (208,480.56) |
| Village Bagel Co | (62.64) | | | (62.64) |
| Village Compounding Pharmacy | | (141.00) | | (141.00) |
| Visible Systems | | (697.86) | | (697.86) |
| Vista Print | | (89.10) | | (89.10) |
| Walgreens | (53.70) | | (16.94) | (70.64) |
| Wallstreet Journal | (224.93) | (207.48) | | (432.41) |
| WBCB | | (3,628.00) | | (3,628.00) |
| Wedding Wire | | (1,380.00) | | (1,380.00) |
| Wegmans | | (195.98) | | (195.98) |
| Wells Fargo (Bank Fees) | (51.15) | | | (51.15) |
| WaWa/ Wawa, Inc. | (25,030.16) | | | (25,030.16) |
| WinZip Computing | (39.95) | | (19.90) | (59.85) |
| WW Grainger | | (759.81) | | (759.81) |
| Yardley Makefield Fire Company | (500.00) | | | (500.00) |
| | | | | 0.00 |
| Transactions created by the Condense Function | | (71,919.51) | | (71,919.51) |
| Unspecified Payee-Advance Lifestyle 1 LP | (1,140,000.00) | | | (1,140,000.00) |
| Unspecified Payee-Amex payment | (9,458.14) | | | (9,458.14) |
| Unspecified Payee-Ask my accountant | (2,000.00) | (21.37) | (500.00) | (2,521.37) |
| Unspecified Payee-Auto Expenses | (100.00) | (525.50) | (1,300.00) | (1,925.50) |
| Unspecified Payee-Bank Charges | (608.92) | (1,611.31) | (2.50) | (2,222.73) |
| Unspecified Payee-Bank Exchanged Account | (200,020.00) | | | (200,020.00) |
| Unspecified Payee-Board Meeting Expense | | | (7,275.85) | (7,275.85) |
| Unspecified Payee-Dr. Popky Loan Repayment | (350,000.00) | | | (350,000.00) |
| Unspecified Payee-Equipment Purchase | (1,697.28) | | | (1,697.28) |
| Unspecified Payee-Funds Transfer | 0.00 | | | 0.00 |
| Unspecified Payee-Funds Transfer Bank of America | (10,000.00) | | | (10,000.00) |
| Unspecified Payee-Guaranteed Payments | | | (2,000.00) | (2,000.00) |
| Unspecified Payee-Interest Expense | (6,681.05) | (3,742.12) | | (10,423.17) |
| Unspecified Payee-Land Purchase | (2,510,000.00) | | | (2,510,000.00) |
| Unspecified Payee-Meals & Entertainment | | (84.45) | | (84.45) |
| Unspecified Payee-LR Fred Rappaport | | | (217.00) | (217.00) |
| Unspecified Payee-Office Expenses/Supplies | (450.34) | (613.45) | (640.00) | (1,703.79) |
| Unspecified Payee-Payroll | (1,728,037.84) | | | (1,728,037.84) |
| Unspecified Payee-Payroll Liabilities (Taxes) | (307,735.77) | | | (307,735.77) |
| Unspecified Payee-Professional Services | | (300.00) | | (300.00) |
| Unspecified Payee-Promotion | (4,000.00) | | | (4,000.00) |
| Unspecified Payee-Sales | | (2,802.63) | | (2,802.63) |

LIFESTYLE HEALTH CARE
DISBURSEMENT SUMMARY BASED ON QUICKBOOKS RECORDS
2012 TO 2015

| PAYEE | ENTITY | | | TOTAL |
| --- | --- | --- | --- | --- |
| | HEALTHCARE | SPA | MGMT | ALL ENTITIES |
| Unspecified Payee-Skincare and Spa Supplies | | (357.45) | | (357.45) |
| Unspecified Payee-Telephone | (46.30) | | | (46.30) |
| Unspecified Payee-Transfer to Capital Partners, BOA | (15,000.00) | | | (15,000.00) |
| Unspecified Payee-Travel | (300.00) | (203.00) | | (503.00) |
| Unspecified Payee-Website Expense | (284.40) | | | (284.40) |
| Unspecified Payee-Wire to Wash Mutual Bank-Prof. Services | (15,000.00) | | | (15,000.00) |
| Unspecified Payee-Wire to TD Bank | (5,000.00) | | | (5,000.00) |
| Unspecified Payee-Wire to Wells Fargo | (2,500.00) | | | (2,500.00) |
| SUB TOTAL | ($15,622,597.03) | ($1,327,999.16) | ($788,560.96) | ($17,739,157.15) |
| | | | | |
| Less: | | | | |
| QuickBooks condensed transactions | | (71,919.51) | | (71,919.51) |
| Lifestyle 1 LP | (226,891.00) | (51,300.00) | (16,200.00) | (294,391.00) |
| Advance-Lifestyle 1 LP | (1,140,000.00) | | | (1,140,000.00) |
| Lifestyle Healthcare Group | (2,937,549.27) | (377,404.46) | (708,600.00) | (4,023,553.73) |
| Lifestyle Management Group, LLC | (811,948.85) | (13,960.00) | | (825,908.85) |
| | (5,116,389.12) | (514,583.97) | (724,800.00) | (6,355,773.09) |
| | | | | |
| TOTAL | ($10,506,207.91) | ($813,415.19) | ($63,760.96) | ($11,383,384.06) |

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |

**Pay Frequency: Weekly**

**Employee: Alamia, Kerri L** — SSN: xxx-xx-6645

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 4,800.00 | FED FIT | 582.36 | Medical pre-tax 1 | 282.06 | 3,198.79 | FED SOCSEC-ER | 278.45 |
| | 0.00 | | 4,800.00 | FED SOCSEC | 278.45 | Dental pre-tax | 26.88 | | FED MEDCARE-ER | 65.12 |
| | | | | FED MEDCARE | 65.12 | Miscellaneous | 36.94 | | | 343.57 |
| | | | | PA SIT | 137.88 | | 345.88 | | | |
| | | | | PA SUI | 3.36 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | 188.16 | | | | | |
| | | | | | 1,255.33 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX6336   $3,198.79

**Employee: Bray, Brittany** — SSN: xxx-xx-0321

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 12,000.00 | FED FIT | 701.60 | Medical pre-tax 1 | 1,188.12 | 8,711.97 | FED SOCSEC-ER | 667.00 |
| | 0.00 | | 12,000.00 | FED SOCSEC | 667.00 | Dental pre-tax | 53.76 | | FED MEDCARE-ER | 155.99 |
| | | | | FED MEDCARE | 155.99 | | 1,241.88 | | | 822.99 |
| | | | | PA SIT | 330.27 | | | | | |
| | | | | PA SUI | 8.40 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 182.89 | | | | | |
| | | | | | 2,046.15 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX8931   $8,711.97

**Employee: Downie, Kenneth J** — SSN: xxx-xx-6527

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,192.28 | FED FIT | 755.04 | | | 3,773.15 | FED SOCSEC-ER | 321.92 |
| | 0.00 | | 5,192.28 | FED SOCSEC | 321.92 | | | | FED MEDCARE-ER | 75.29 |
| | | | | FED MEDCARE | 75.29 | | | | | 397.21 |
| | | | | PA SIT | 159.40 | | | | | |
| | | | | PA SUI | 3.63 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 103.85 | | | | | |
| | | | | | 1,419.13 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX1471   $3,773.15

**Employee: Gondek, Melissa K** — SSN: xxx-xx-6879

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 9,999.99 | FED FIT | 1,200.48 | Medical pre-tax 1 | 619.84 | 6,723.13 | FED SOCSEC-ER | 577.96 |
| | 0.00 | | 9,999.99 | FED SOCSEC | 577.95 | Dental pre-tax | 58.24 | | FED MEDCARE-ER | 135.17 |
| | | | | FED MEDCARE | 135.17 | | 678.08 | | | 713.13 |
| | | | | PA SIT | 286.18 | | | | | |
| | | | | PA SUI | 7.00 | | | | | |

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to: 12/19/2014

1 of 5

Date Printed: 12/17/2014 11:14
21157211 - RK/XDH

# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | PA3901 - Philadelphia - Resident LIT | 392.00 | | | | | |
| | | | | | 2,598.78 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX5641  $6,723.13

**Employee: Higgins, Valerie L**  SSN: xxx-xx-2226

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 12,000.00 | FED FIT | 1,298.08 | | | 9,287.12 | FED SOCSEC-ER | 744.00 |
| | 0.00 | | 12,000.00 | FED SOCSEC | 744.00 | | | | FED MEDCARE-ER | 174.00 |
| | | | | FED MEDCARE | 174.00 | | | | | 918.00 |
| | | | | PA SIT | 368.40 | | | | | |
| | | | | PA SUI | 8.40 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 120.00 | | | | | |
| | | | | | 2,712.88 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX5027  $9,287.12

**Employee: Kittka, Adrienne P**  SSN: xxx-xx-1441

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 22,250.02 | FED FIT | 2,962.51 | | | 16,664.23 | FED SOCSEC-ER | 1,379.50 |
| | 0.00 | | 22,250.02 | FED SOCSEC | 1,379.50 | | | | FED MEDCARE-ER | 322.63 |
| | | | | FED MEDCARE | 322.63 | | | | | 1,702.13 |
| | | | | PA SIT | 683.08 | | | | | |
| | | | | PA SUI | 15.57 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 222.50 | | | | | |
| | | | | | 5,585.79 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8959  $16,664.23

**Employee: MERLO, COLIN P**  SSN: xxx-xx-2869

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 14,999.92 | FED FIT | 2,137.52 | Medical pre-tax 1 | 697.84 | 10,517.66 | FED SOCSEC-ER | 883.12 |
| | 0.00 | | 14,999.92 | FED SOCSEC | 883.12 | Dental pre-tax | 58.24 | | FED MEDCARE-ER | 206.54 |
| | | | | FED MEDCARE | 206.54 | | 756.08 | | | 1,089.66 |
| | | | | NJ SIT | 346.06 | | | | | |
| | | | | PA SUI | 10.50 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 142.44 | | | | | |
| | | | | | 3,726.18 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX0439  $10,517.66

**Employee: Muck, Daniel P**  SSN: xxx-xx-1338

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 14,807.65 | FED FIT | 1,510.38 | | | 11,551.45 | FED SOCSEC-ER | 918.07 |
| | 0.00 | | 14,807.65 | FED SOCSEC | 918.07 | | | | FED MEDCARE-ER | 214.71 |

Company: Lifestyle Healthcare Group Inc

Check date: 12/18/2014 - Payroll 1

Pay Period: 09/29/2014 to: 12/19/2014

2 of 5

Date Printed: 12/17/2014 11:14

21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | FED MEDCARE | 214.71 | | | | | 1,132.78 |
| | | | | PA SIT | 454.59 | | | | | |
| | | | | PA SUI | 10.37 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 148.08 | | | | | |
| | | | | | 3,256.20 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX8884   $11,551.45

**Employee: Popky MD, George L**      SSN: xxx-xx-2918

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 100,961.49 | FED FIT | 36,472.24 | | | 55,490.70 | FED MEDCARE-ER | 1,463.94 |
| | 0.00 | | 100,961.49 | FED MEDCARE | 1,463.94 | | | | | 1,463.94 |
| | | | | FED MEDCARE-HI | 406.73 | | | | | |
| | | | | PA SIT | 3,099.52 | | | | | |
| | | | | PA SUI | 70.67 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | 3,957.69 | | | | | |
| | | | | | 45,470.79 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX0968   $55,490.70

**Employee: Rappaport, Fred S**      SSN: xxx-xx-9143

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 100,961.49 | FED FIT | 17,696.93 | | | 77,214.09 | FED MEDCARE-ER | 1,463.94 |
| | 0.00 | | 100,961.49 | FED MEDCARE | 1,463.94 | | | | | 1,463.94 |
| | | | | FED MEDCARE-HI | 406.73 | | | | | |
| | | | | PA SIT | 3,099.52 | | | | | |
| | | | | PA SUI | 70.67 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 1,009.61 | | | | | |
| | | | | | 23,747.40 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8103   $77,214.09

**Employee: Rappaport, Vicky L**      SSN: xxx-xx-7792

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 81,730.73 | FED FIT | 14,326.09 | | | 62,792.62 | FED MEDCARE-ER | 1,185.10 |
| | 0.00 | | 81,730.73 | FED MEDCARE | 1,185.10 | | | | | 1,185.10 |
| | | | | FED MEDCARE-HI | 43.27 | | | | | |
| | | | | PA SIT | 2,509.13 | | | | | |
| | | | | PA SUI | 57.21 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 817.31 | | | | | |

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to: 12/19/2014

3  of  5

Date Printed: 12/17/2014 11:14
21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | | 18,938.11 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8103  $62,792.62

**Employee: Shukla, Savya S**  SSN: xxx-xx-3880

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 43,749.94 | FED FIT | 7,857.77 | Medical pre-tax 1 | 2,071.81 | 31,379.92 | FED MEDCARE-ER | 602.66 |
| | 0.00 | | 43,749.94 | FED MEDCARE | 602.65 | Dental pre-tax | 115.57 | | | 602.66 |
| | | | | PA SIT | 1,275.97 | | 2,187.38 | | | |
| | | | | PA SUI | 30.62 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 415.63 | | | | | |
| | | | | | 10,182.64 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX1521  $31,379.92

**Pay Frequency Totals: Weekly**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $423,453.51 | FED FIT | $87,501.00 | Medical pre-tax 1 | $4,859.67 | $297,304.83 | FED SOCSEC-ER | $5,770.02 |
| | 0.00 | | $423,453.51 | FED SOCSEC | $5,770.01 | Dental pre-tax | $312.69 | | FED MEDCARE-ER | $6,065.09 |
| | | | | FED MEDCARE | $6,065.08 | Miscellaneous | $36.94 | | | $11,835.11 |
| | | | | FED MEDCARE-HI | $856.73 | | $5,209.30 | | | |
| | | | | NJ SIT | $346.06 | | | | | |
| | | | | PA SIT | $12,403.94 | | | | | |
| | | | | PA SUI | $296.40 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | $4,537.85 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | $3,162.31 | | | | | |
| | | | | | $120,939.38 | | | | | |

**Total Employees - Weekly: 12**
**Company Totals:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $423,453.51 | FED FIT | $87,501.00 | Medical pre-tax 1 | $4,859.67 | $297,304.83 | FED SOCSEC-ER | $5,770.02 |
| | 0.00 | | $423,453.51 | FED SOCSEC | $5,770.01 | Dental pre-tax | $312.69 | | FED MEDCARE-ER | $6,065.09 |
| | | | | FED MEDCARE | $6,065.08 | Miscellaneous | $36.94 | | | $11,835.11 |
| | | | | FED MEDCARE-HI | $856.73 | | $5,209.30 | | | |
| | | | | NJ SIT | $346.06 | | | | | |
| | | | | PA SIT | $12,403.94 | | | | | |
| | | | | PA SUI | $296.40 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | $4,537.85 | | | | | |
| | | | | PA9851 - Newtown Twp | $3,162.31 | | | | | |

## Payroll Details

| Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |

090602 LIT

$120,939.38

Total Employees - Company: 12

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to 12/19/2014

5 of 5

Date Printed: 12/17/2014 11:14
21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |

**Pay Frequency: Weekly**

**Employee: Alamia, Kerri L**  SSN: xxx-xx-6645

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 4,800.00 | FED FIT | 582.36 | Medical pre-tax 1 | 282.06 | 3,198.79 | FED SOCSEC-ER | 278.45 |
| | 0.00 | | 4,800.00 | FED SOCSEC | 278.45 | Dental pre-tax | 26.88 | | FED MEDCARE-ER | 65.12 |
| | | | | FED MEDCARE | 65.12 | Miscellaneous | 36.94 | | | 343.57 |
| | | | | PA SIT | 137.88 | | 345.88 | | | |
| | | | | PA SUI | 3.36 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | 188.16 | | | | | |
| | | | | | 1,255.33 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX6336  $3,198.79

**Employee: Bray, Brittany**  SSN: xxx-xx-0321

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 12,000.00 | FED FIT | 701.60 | Medical pre-tax 1 | 1,188.12 | 8,711.97 | FED SOCSEC-ER | 667.00 |
| | 0.00 | | 12,000.00 | FED SOCSEC | 667.00 | Dental pre-tax | 53.76 | | FED MEDCARE-ER | 155.99 |
| | | | | FED MEDCARE | 155.99 | | 1,241.88 | | | 822.99 |
| | | | | PA SIT | 330.27 | | | | | |
| | | | | PA SUI | 8.40 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 182.89 | | | | | |
| | | | | | 2,046.15 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8931  $8,711.97

**Employee: Downie, Kenneth J**  SSN: xxx-xx-6527

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 5,192.28 | FED FIT | 755.04 | | | 3,773.15 | FED SOCSEC-ER | 321.92 |
| | 0.00 | | 5,192.28 | FED SOCSEC | 321.92 | | | | FED MEDCARE-ER | 75.29 |
| | | | | FED MEDCARE | 75.29 | | | | | 397.21 |
| | | | | PA SIT | 159.40 | | | | | |
| | | | | PA SUI | 3.63 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 103.85 | | | | | |
| | | | | | 1,419.13 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX1471  $3,773.15

**Employee: Gondek, Melissa K**  SSN: xxx-xx-6879

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 9,999.99 | FED FIT | 1,200.48 | Medical pre-tax 1 | 619.84 | 6,723.13 | FED SOCSEC-ER | 577.96 |
| | 0.00 | | 9,999.99 | FED SOCSEC | 577.95 | Dental pre-tax | 58.24 | | FED MEDCARE-ER | 135.17 |
| | | | | FED MEDCARE | 135.17 | | 678.08 | | | 713.13 |
| | | | | PA SIT | 286.18 | | | | | |
| | | | | PA SUI | 7.00 | | | | | |

Company: Lifestyle Healthcare Group Inc

Check date: 12/18/2014 - Payroll 1

Pay Period: 09/29/2014 to: 12/19/2014

1 of 5

Date Printed: 12/17/2014 11:14

21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | PA3901 - Philadelphia - Resident LIT | 392.00 | | | | | |
| | | | | | 2,598.78 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX5641  $6,723.13

**Employee: Higgins, Valerie L**   SSN: xxx-xx-2226

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 12,000.00 | FED FIT | 1,298.08 | | | 9,287.12 | FED SOCSEC-ER | 744.00 |
| | 0.00 | | 12,000.00 | FED SOCSEC | 744.00 | | | | FED MEDCARE-ER | 174.00 |
| | | | | FED MEDCARE | 174.00 | | | | | 918.00 |
| | | | | PA SIT | 368.40 | | | | | |
| | | | | PA SUI | 8.40 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 120.00 | | | | | |
| | | | | | 2,712.88 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX5027  $9,287.12

**Employee: Kittka, Adrienne P**   SSN: xxx-xx-1441

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 22,250.02 | FED FIT | 2,962.51 | | | 16,664.23 | FED SOCSEC-ER | 1,379.50 |
| | 0.00 | | 22,250.02 | FED SOCSEC | 1,379.50 | | | | FED MEDCARE-ER | 322.63 |
| | | | | FED MEDCARE | 322.63 | | | | | 1,702.13 |
| | | | | PA SIT | 683.08 | | | | | |
| | | | | PA SUI | 15.57 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 222.50 | | | | | |
| | | | | | 5,585.79 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8959  $16,664.23

**Employee: MERLO, COLIN P**   SSN: xxx-xx-2869

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 14,999.92 | FED FIT | 2,137.52 | Medical pre-tax 1 | 697.84 | 10,517.66 | FED SOCSEC-ER | 883.12 |
| | 0.00 | | 14,999.92 | FED SOCSEC | 883.12 | Dental pre-tax | 58.24 | | FED MEDCARE-ER | 206.54 |
| | | | | FED MEDCARE | 206.54 | | 756.08 | | | 1,089.66 |
| | | | | NJ SIT | 346.06 | | | | | |
| | | | | PA SUI | 10.50 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 142.44 | | | | | |
| | | | | | 3,726.18 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX0439  $10,517.66

**Employee: Muck, Daniel P**   SSN: xxx-xx-1338

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 14,807.65 | FED FIT | 1,510.38 | | | 11,551.45 | FED SOCSEC-ER | 918.07 |
| | 0.00 | | 14,807.65 | FED SOCSEC | 918.07 | | | | FED MEDCARE-ER | 214.71 |

Company: Lifestyle Healthcare Group Inc

Check date: 12/18/2014 - Payroll 1

Pay Period: 09/29/2014 to: 12/19/2014

2 of 5

Date Printed: 12/17/2014 11:14

21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | | | | FED MEDCARE | 214.71 | | | | | 1,132.78 |
| | | | | PA SIT | 454.59 | | | | | |
| | | | | PA SUI | 10.37 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 148.08 | | | | | |
| | | | | | 3,256.20 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXX8884  $11,551.45

**Employee: Popky MD, George L**                                    SSN: xxx-xx-2918

| Regular | 0.00 | | 100,961.49 | FED FIT | 36,472.24 | | | 55,490.70 | FED MEDCARE-ER | 1,463.94 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 100,961.49 | FED MEDCARE | 1,463.94 | | | | | 1,463.94 |
| | | | | FED MEDCARE-HI | 406.73 | | | | | |
| | | | | PA SIT | 3,099.52 | | | | | |
| | | | | PA SUI | 70.67 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | 3,957.69 | | | | | |
| | | | | | 45,470.79 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX0968  $55,490.70

**Employee: Rappaport, Fred S**                                    SSN: xxx-xx-9143

| Regular | 0.00 | | 100,961.49 | FED FIT | 17,696.93 | | | 77,214.09 | FED MEDCARE-ER | 1,463.94 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 100,961.49 | FED MEDCARE | 1,463.94 | | | | | 1,463.94 |
| | | | | FED MEDCARE-HI | 406.73 | | | | | |
| | | | | PA SIT | 3,099.52 | | | | | |
| | | | | PA SUI | 70.67 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 1,009.61 | | | | | |
| | | | | | 23,747.40 | | | | | |

Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8103  $77,214.09

**Employee: Rappaport, Vicky L**                                    SSN: xxx-xx-7792

| Regular | 0.00 | | 81,730.73 | FED FIT | 14,326.09 | | | 62,792.62 | FED MEDCARE-ER | 1,185.10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 81,730.73 | FED MEDCARE | 1,185.10 | | | | | 1,185.10 |
| | | | | FED MEDCARE-HI | 43.27 | | | | | |
| | | | | PA SIT | 2,509.13 | | | | | |
| | | | | PA SUI | 57.21 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 817.31 | | | | | |

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to: 12/19/2014

3  of  5

Date Printed: 12/17/2014 11:14
21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | | 18,938.11 | | | | | |

**Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX8103  $62,792.62**

**Employee: Shukla, Savya S**   SSN: xxx-xx-3880

| Regular | 0.00 | | 43,749.94 | FED FIT | 7,857.77 | Medical pre-tax 1 | 2,071.81 | 31,379.92 | FED MEDCARE-ER | 602.66 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 43,749.94 | FED MEDCARE | 602.65 | Dental pre-tax | 115.57 | | | 602.66 |
| | | | | PA SIT | 1,275.97 | | 2,187.38 | | | |
| | | | | PA SUI | 30.62 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | 415.63 | | | | | |
| | | | | | 10,182.64 | | | | | |

**Check Date: 12/18/2014 / Direct Deposit / Checking / Account No: XXXXXX1521  $31,379.92**

**Pay Frequency Totals: Weekly**

| Regular | 0.00 | | $423,453.51 | FED FIT | $87,501.00 | Medical pre-tax 1 | $4,859.67 | $297,304.83 | FED SOCSEC-ER | $5,770.02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | $423,453.51 | FED SOCSEC | $5,770.02 | Dental pre-tax | $312.69 | | FED MEDCARE-ER | $6,065.09 |
| | | | | FED MEDCARE | $6,065.08 | Miscellaneous | $36.94 | | | $11,835.11 |
| | | | | FED MEDCARE-HI | $856.73 | | $5,209.30 | | | |
| | | | | NJ SIT | $346.06 | | | | | |
| | | | | PA SIT | $12,403.94 | | | | | |
| | | | | PA SUI | $296.40 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | $4,537.85 | | | | | |
| | | | | PA9851 - Newtown Twp 090602 LIT | $3,162.31 | | | | | |
| | | | | | $120,939.38 | | | | | |

**Total Employees - Weekly: 12**

**Company Totals:**

| Regular | 0.00 | | $423,453.51 | FED FIT | $87,501.00 | Medical pre-tax 1 | $4,859.67 | $297,304.83 | FED SOCSEC-ER | $5,770.02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | $423,453.51 | FED SOCSEC | $5,770.02 | Dental pre-tax | $312.69 | | FED MEDCARE-ER | $6,065.09 |
| | | | | FED MEDCARE | $6,065.08 | Miscellaneous | $36.94 | | | $11,835.11 |
| | | | | FED MEDCARE-HI | $856.73 | | $5,209.30 | | | |
| | | | | NJ SIT | $346.06 | | | | | |
| | | | | PA SIT | $12,403.94 | | | | | |
| | | | | PA SUI | $296.40 | | | | | |
| | | | | PA3901 - Philadelphia - Resident LIT | $4,537.85 | | | | | |
| | | | | PA9851 - Newtown Twp | $3,162.31 | | | | | |

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to: 12/19/2014

4  of  5

Date Printed: 12/17/2014 11:14
21157211 - RK/XDH

## Payroll Details

| Hours and Earnings | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

090602 LIT

$120,939.38

Total Employees - Company: 12

Company: Lifestyle Healthcare Group Inc
Check date: 12/18/2014 - Payroll 1
Pay Period: 09/29/2014 to: 12/19/2014

5 of 5