**EXHIBIT "H"**

```
                                                              1


  1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
  2               CIVIL ACTION NO. 2:15-cv-06145-AB

  3                         - - -

  4
        CUSTOMERS BANK          :STENOGRAPHIC TRANSCRIPT
  5           Plaintiff         :OF THE DEPOSITION OF:
                                :
  6           vs.               :   MICHAEL FUOCO
                                :
  7     LIFESTYLE HEALTHCARE    :
        GROUP, INC.             :
  8           Defendant         :

  9

 10              TAKEN BEFORE:  Kathleen S. Bowe, a

 11     Registered Professional Reporter, Certified Court

 12     Reporter and Notary Public, License No. 1312, at

 13     the law offices of Saldutti Law Group, 800 North

 14     Kings Highway, Suite 300, Cherry Hill, New

 15     Jersey, on Wednesday, January 27, 2016,

 16     commencing at 3:15 p.m., in the above-entitled

 17     cause of action.

 18

 19

 20

 21     ------------------------------------------------
                   KATHY BOWE COURT REPORTERS
 22             *  Certified Court Reporters  *
              * Registered Professional Reporters *
 23                   240 West 22nd Street
                 Ship Bottom, New Jersey  08008-4302
 24                     [609] 513-0196
```

KATHY BOWE COURT REPORTERS

## Page 2

```
 1  APPEARANCES:
 2
     SALDUTTI LAW GROUP
 3   BY:  ROBERT SALDUTTI, ESQ.
     800 North Kings Highway, Suite 300
 4   Cherry Hill, New Jersey  08034
     Counsel for Plaintiff
 5
 6
 7
     ALSO PRESENT:
 8
     MICHAEL FUOCO
 9
```

## Page 3

```
             I N D E X
              - - -

WITNESS      EXAMINATION      PAGE NO.

MICHAEL FUOCO
     By Mr. Saldutti        4


             E X H I B I T S


EXHIBIT NO.   DESCRIPTION      PAGE MKD.

Fuoco-1    E-mail dated 1/1/15      9
```

## Page 4

                    - - -
               MICHAEL FUOCO, sworn.
                    - - -
BY MR. SALDUTTI:
   Q.   Good afternoon, Mr. Fuoco.  My name is Robert Saldutti.  We've met before.  I represent Customers Bank, who has brought a lawsuit against various individuals, including Elizabeth Halbreiner, as well as Fred Rappaport and some other individuals.
        And this is kind of a supplement to your last testimony.  I've shown you a document that was dated -- which is an E-mail dated Thursday, January 1st, 2015.
        Did you have an opportunity to review that E-mail?
   A.   Yes, I did.
   Q.   In that document, which I'm showing to you again, it says, "we will need to go over things on Friday so I can get the large loan extended.  Just an FYI - there will be fees associated with extending it - attorney and bank fee plus I still have not been paid the 45,000 from the last extension.  We will discuss.

## Page 5

Bonnie."
        Is there any doubt in your mind that Bonnie was getting a 45,000 dollar payment from Fred Rappaport?
   A.   **No.**
   Q.   Any doubt that this was outside the normal realm?
   A.   **In my opinion, yes.**
   Q.   No doubt that she was getting a kickback for 45,000 dollars in this loan transaction?
   A.   **That E-mail would lead you to believe that, yeah.**
   Q.   Okay.  Off the record.
        (Discussion off the record.)
BY MR. SALDUTTI:
   Q.   Mr. Fuoco, did you have conversation with Mr. Rappaport about Bonnie receiving payment and having been taken care of on more than one occasion?
   A.   **Yes.**
   Q.   What specifically did Mr. Rappaport tell you?
   A.   **There were a couple of occasions, shortly after the bank -- excuse me -- the**

**Page 6**

1  standby letter of credit showed up and the bank
2  accepted it, and I said to Fred, is there
3  anything we need to do in terms of recognizing
4  Bonnie for helping us.  He said no, I've taken
5  care of Bonnie, or he said she's been taken care
6  of.
7      Q.    And he said that to you on more than one
8  occasion?
9      A.    Yes, on more than one occasion.  Because
10 I felt a sense that -- because she was very
11 helpful and went over and above the normal thing
12 I've seen with bankers in terms of their
13 interactions with clients, I just said to him
14 she's really done a yeoman job in helping us.  I
15 said is there anything that we can do.  And he
16 kept saying no, she's been taken care of so...
17            MR. SALDUTTI:  Off the record.
18            (Discussion off the record.)
19 BY MR. SALDUTTI:
20     Q.    Mr. Fuoco, did you have an understanding
21 what occurred to the Popky mansion or large house
22 in Chestnut Hill?
23     A.    Yes.
24     Q.    Did you have an opportunity to be in the

**Page 7**

1  presence of his daughter and Dr. Popky's
2  daughters?
3      A.    Yes.
4      Q.    Was it your understanding the house was
5  placed in at the suggestion of the daughters in
6  order to avoid the financial problems that
7  Lifestyle was having?
8      A.    Yes.
9            MR. SALDUTTI:  Off the record.
10           (Discussion off the record.)
11 BY MR. SALDUTTI:
12     Q.    Mr. Fuoco, were you aware that Dr.
13 Popky's daughter had a law degree?
14     A.    Yes.
15     Q.    And actually had gone to Villanova Law
16 School?
17     A.    Yes.
18     Q.    Was it your understanding she was
19 legally trained?
20     A.    Yes.
21     Q.    And she was the one that suggested or
22 was the impetus to transfer that house in
23 Chestnut Hill, Pennsylvania into the family
24 trust?

**Page 8**

1      A.    Yes.
2      Q.    Is it your understanding she did that to
3  avoid creditor claims and the financial problems
4  Lifestyle was having?
5      A.    Given the circumstances, the answer
6  would be yes.
7      Q.    And she works for a Federal Judge now?
8      A.    I believe she did at one time.  I'm not
9  sure when that terminated or if she still is
10 doing that or not.  I really don't know.  Yeah.
11           MR. SALDUTTI:  Off the record.
12           (Discussion off the record.)
13 BY MR. SALDUTTI:
14     Q.    Mr. Fuoco, our investigation indicated
15 that obviously the Customers loan was for nine
16 million dollars, there was a subsequent Kennedy
17 financing loan for three million dollars after
18 the nine million Customers.
19           In your estimation, obviously, that
20 impaired Customers' position.  What would your
21 opinion be as to why Bonnie, Elizabeth Halbreiner
22 would have taken part in that transaction?
23     A.    The inference that you would draw from
24 that is that she's getting paid by him to help

**Page 9**

1  him secure the second loan.
2      Q.    Fred Rappaport?
3      A.    Fred Rappaport.  Because I can't see any
4  other reason why she would help him secure the
5  loan for no other reason.  Because that would
6  then put -- I was just surprised that the bank
7  didn't put a prohibition on this loan that you
8  couldn't put a second on the property.  I just
9  never understood the logistics of how --
10     Q.    Bonnie never got -- are you aware that
11 Bonnie never got a mortgage on the property?
12     A.    I was flabbergasted by the fact that she
13 never liened the property, and just liened 100
14 percent against the bank guarantee.  That's very
15 unusual not to lien the property and leave that
16 free and clear.
17           MR. SALDUTTI:  Thank you.
18           (Fuoco-1, E-mail dated 1/1/15,
19 marked for identification.)
20           (Whereupon the witness was excused
21 and the deposition concluded at 3:35 p.m.)
22
23
24

```
 1              C E R T I F I C A T E
 2   STATE OF NEW JERSEY    :
 3                          : SS.
 4   COUNTY OF BURLINGTON   :
 5            I, Kathleen S. Bowe, a Registered
 6   Professional Reporter, Certified Court Reporter
 7   and Notary Public in the State of New Jersey, do
 8   hereby certify that the foregoing deposition of
 9   MICHAEL FUOCO, was taken at the law offices of
10   Saldutti Law Group, 800 N. Kings Highway, Suite
11   300, Cherry Hill, NJ, on Wednesday, January 27,
12   2016; that said witness was duly sworn before the
13   commencement of their testimony; that the
14   testimony of said witness was stenographically
15   taken by myself and reduced to print by the use
16   of computer-aided transcription; that the
17   foregoing is a true and correct transcription of
18   the testimony; that I am not related to or
19   employed by any of the parties, or their
20   attorneys or agents, or interested directly or
21   indirectly in the matter in controversy either as
22   counsel, attorney, agent or otherwise.
23
24              Kathleen S. Bowe, RPR, CCR
             License No. 1312 - Notary Public
                KATHY BOWE COURT REPORTERS
```

## 0

**08008-4302** [1] - 1:23
**08034** [1] - 2:4

## 1

**1/1/15** [2] - 3:12, 9:18
**100** [1] - 9:13
**1312** [2] - 1:12, 10:24
**1st** [1] - 4:14

## 2

**2015** [1] - 4:14
**2016** [2] - 1:15, 10:12
**22nd** [1] - 1:23
**240** [1] - 1:23
**27** [2] - 1:15, 10:11
**2:15-cv-06145-AB** [1] - 1:2

## 3

**300** [3] - 1:14, 2:3, 10:11
**3:15** [1] - 1:16
**3:35** [1] - 9:21

## 4

**4** [1] - 3:5
**45,000** [3] - 4:23, 5:3, 5:10

## 5

**513-0196** [1] - 1:24

## 6

**609** [1] - 1:24

## 8

**800** [3] - 1:13, 2:3, 10:10

## 9

**9** [1] - 3:12

## A

**above-entitled** [1] - 1:16
**accepted** [1] - 6:2
**action** [1] - 1:17
**ACTION** [1] - 1:2
**afternoon** [1] - 4:5
**agent** [1] - 10:22
**agents** [1] - 10:20
**aided** [1] - 10:16
**ALSO** [1] - 2:7
**answer** [1] - 8:5
**APPEARANCES** [1] - 2:1
**associated** [1] - 4:22
**attorney** [2] - 4:22, 10:22
**attorneys** [1] - 10:20
**avoid** [2] - 7:6, 8:3
**aware** [2] - 7:12, 9:10

## B

**Bank** [1] - 4:7
**bank** [5] - 4:22, 5:24, 6:1, 9:6, 9:14
**BANK** [1] - 1:4
**bankers** [1] - 6:12
**BEFORE** [1] - 1:10
**Bonnie** [8] - 5:1, 5:3, 5:17, 6:4, 6:5, 8:21, 9:10, 9:11
**Bottom** [1] - 1:23
**Bowe** [3] - 1:10, 10:5, 10:24
**BOWE** [1] - 1:21
**brought** [1] - 4:7
**BURLINGTON** [1] - 10:4
**BY** [6] - 2:3, 4:4, 5:15, 6:19, 7:11, 8:13

## C

**care** [4] - 5:18, 6:5, 6:16
**CCR** [1] - 10:24
**Certified** [3] - 1:11, 1:22, 10:6
**certify** [1] - 10:8
**Cherry** [3] - 1:14, 2:4, 10:11
**Chestnut** [2] - 6:22, 7:23
**circumstances** [1] - 8:5
**CIVIL** [1] - 1:2
**claims** [1] - 8:3
**clear** [1] - 9:16
**clients** [1] - 6:13
**commencement** [1] - 10:13
**commencing** [1] - 1:16
**computer** [1] - 10:16
**computer-aided** [1] - 10:16
**concluded** [1] - 9:21
**controversy** [1] - 10:21
**conversation** [1] - 5:16
**correct** [1] - 10:17
**Counsel** [1] - 2:4
**counsel** [1] - 10:22
**COUNTY** [1] - 10:4
**couple** [1] - 5:23
**COURT** [2] - 1:1, 1:21
**Court** [3] - 1:11, 1:22, 10:6
**credit** [1] - 6:1
**creditor** [1] - 8:3
**Customers** [3] - 4:7, 8:15, 8:18
**CUSTOMERS** [1] - 1:4
**Customers'** [1] - 8:20

## D

**dated** [4] - 3:12, 4:13, 9:18
**daughter** [2] - 7:1, 7:13
**daughters** [2] - 7:2, 7:5
**Defendant** [1] - 1:8
**degree** [1] - 7:13
**deposition** [2] - 9:21, 10:8
**DEPOSITION** [1] - 1:5
**DESCRIPTION** [1] - 3:11
**directly** [1] - 10:20
**discuss** [1] - 4:24
**Discussion** [4] - 5:14, 6:18, 7:10, 8:12
**DISTRICT** [2] - 1:1, 1:1
**document** [2] - 4:12, 4:18
**dollar** [1] - 5:3
**dollars** [3] - 5:10, 8:16, 8:17
**done** [1] - 6:14
**doubt** [3] - 5:2, 5:6, 5:9
**Dr** [2] - 7:1, 7:12
**draw** [1] - 8:23
**duly** [1] - 10:12

## E

**E-mail** [5] - 3:12, 4:13, 4:16, 5:11, 9:18
**EASTERN** [1] - 1:1
**either** [1] - 10:21
**Elizabeth** [2] - 4:8, 8:21
**employed** [1] - 10:19
**entitled** [1] - 1:16
**ESQ** [1] - 2:3
**estimation** [1] - 8:19
**EXAMINATION** [1] - 3:3
**excuse** [1] - 5:24
**excused** [1] - 9:20
**EXHIBIT** [1] - 3:11
**extended** [1] - 4:21
**extending** [1] - 4:22
**extension** [1] - 4:24

## F

**fact** [1] - 9:12
**family** [1] - 7:23
**Federal** [1] - 8:7
**fee** [1] - 4:23
**fees** [1] - 4:21
**felt** [1] - 6:10
**financial** [2] - 7:6, 8:3
**financing** [1] - 8:17
**flabbergasted** [1] - 9:12
**FOR** [1] - 1:1
**foregoing** [2] - 10:8, 10:17
**Fred** [5] - 4:9, 5:4, 6:2, 9:2, 9:3
**free** [1] - 9:16
**Friday** [1] - 4:20
**Fuoco** [5] - 4:5, 5:16, 6:20, 7:12, 8:14
**FUOCO** [5] - 1:6, 2:8, 3:4, 4:2, 10:9
**Fuoco-1** [2] - 3:12, 9:18
**FYI** [1] - 4:21

## G

**given** [1] - 8:5
**GROUP** [2] - 1:7, 2:2
**Group** [2] - 1:13, 10:10
**guarantee** [1] - 9:14

## H

**Halbreiner** [2] - 4:9, 8:21
**HEALTHCARE** [1] - 1:7
**help** [2] - 8:24, 9:4
**helpful** [1] - 6:11
**helping** [2] - 6:4, 6:14
**hereby** [1] - 10:8
**Highway** [3] - 1:14, 2:3, 10:10
**Hill** [5] - 1:14, 2:4, 6:22, 7:23, 10:11
**house** [3] - 6:21, 7:4, 7:22

## I

**identification** [1] - 9:19
**impaired** [1] - 8:20
**impetus** [1] - 7:22
**IN** [1] - 1:1
**INC** [1] - 1:7
**including** [1] - 4:8
**indicated** [1] - 8:14
**indirectly** [1] - 10:21
**individuals** [2] - 4:8, 4:10
**inference** [1] - 8:23
**interactions** [1] - 6:13
**interested** [1] - 10:20
**investigation** [1] - 8:14

## J

**January** [3] - 1:15, 4:14, 10:11
**JERSEY** [1] - 10:2
**Jersey** [4] - 1:15, 1:23, 2:4, 10:7
**job** [1] - 6:14
**Judge** [1] - 8:7

### K

**Kathleen** [3] - 1:10, 10:5, 10:24
**KATHY** [1] - 1:21
**Kennedy** [1] - 8:16
**kept** [1] - 6:16
**kickback** [1] - 5:9
**kind** [1] - 4:11
**Kings** [3] - 1:14, 2:3, 10:10

### L

**large** [2] - 4:20, 6:21
**last** [2] - 4:12, 4:24
**law** [3] - 1:13, 7:13, 10:9
**LAW** [1] - 2:2
**Law** [3] - 1:13, 7:15, 10:10
**lawsuit** [1] - 4:7
**lead** [1] - 5:11
**leave** [1] - 9:15
**legally** [1] - 7:19
**letter** [1] - 6:1
**License** [2] - 1:12, 10:24
**lien** [1] - 9:15
**liened** [2] - 9:13
**Lifestyle** [2] - 7:7, 8:4
**LIFESTYLE** [1] - 1:7
**loan** [7] - 4:20, 5:10, 8:15, 8:17, 9:1, 9:5, 9:7
**logistics** [1] - 9:9

### M

**mail** [5] - 3:12, 4:13, 4:16, 5:11, 9:18
**mansion** [1] - 6:21
**marked** [1] - 9:19
**matter** [1] - 10:21
**met** [1] - 4:6
**MICHAEL** [5] - 1:6, 2:8, 3:4, 4:2, 10:9
**million** [3] - 8:16, 8:17, 8:18
**mind** [1] - 5:2
**MKD** [1] - 3:11
**mortgage** [1] - 9:11
**MR** [9] - 4:4, 5:15, 6:17, 6:19, 7:9, 7:11, 8:11, 8:13, 9:17

### N

**name** [1] - 4:5
**need** [2] - 4:19, 6:3
**never** [4] - 9:9, 9:10, 9:11, 9:13
**New** [4] - 1:14, 1:23, 2:4, 10:7
**NEW** [1] - 10:2
**nine** [2] - 8:15, 8:18
**NJ** [1] - 10:11
**NO** [3] - 1:2, 3:3, 3:11
**normal** [2] - 5:7, 6:11
**North** [2] - 1:13, 2:3
**Notary** [3] - 1:12, 10:7, 10:24

### O

**obviously** [2] - 8:15, 8:19
**occasion** [3] - 5:19, 6:8, 6:9
**occasions** [1] - 5:23
**occurred** [1] - 6:21
**OF** [5] - 1:1, 1:5, 10:2, 10:4
**offices** [2] - 1:13, 10:9
**one** [5] - 5:18, 6:7, 6:9, 7:21, 8:8
**opinion** [2] - 5:8, 8:21
**opportunity** [2] - 4:15, 6:24
**order** [1] - 7:6
**otherwise** [1] - 10:22
**outside** [1] - 5:6

### P

**p.m** [2] - 1:16, 9:21
**PAGE** [2] - 3:3, 3:11
**paid** [2] - 4:23, 8:24
**part** [1] - 8:22
**parties** [1] - 10:19
**payment** [2] - 5:3, 5:17
**Pennsylvania** [1] - 7:23
**PENNSYLVANIA** [1] - 1:1
**percent** [1] - 9:14
**placed** [1] - 7:5
**Plaintiff** [2] - 1:5, 2:4
**plus** [1] - 4:23
**Popky** [1] - 6:21
**Popky's** [2] - 7:1, 7:13
**position** [1] - 8:20
**presence** [1] - 7:1
**PRESENT** [1] - 2:7
**print** [1] - 10:15
**problems** [2] - 7:6, 8:3
**Professional** [3] - 1:11, 1:22, 10:6
**prohibition** [1] - 9:7
**property** [4] - 9:8, 9:11, 9:13, 9:15
**Public** [3] - 1:12, 10:7, 10:24
**put** [3] - 9:6, 9:7, 9:8

### R

**Rappaport** [6] - 4:9, 5:4, 5:17, 5:21, 9:2, 9:3
**really** [2] - 6:14, 8:10
**realm** [1] - 5:7
**reason** [2] - 9:4, 9:5
**receiving** [1] - 5:17
**recognizing** [1] - 6:3
**record** [8] - 5:13, 5:14, 6:17, 6:18, 7:9, 7:10, 8:11, 8:12
**reduced** [1] - 10:15
**Registered** [3] - 1:11, 1:22, 10:5
**related** [1] - 10:18
**Reporter** [4] - 1:11, 1:12, 10:6
**REPORTERS** [1] - 1:21
**Reporters** [2] - 1:22, 1:22
**represent** [1] - 4:6
**review** [1] - 4:16
**ROBERT** [1] - 2:3
**Robert** [1] - 4:6
**RPR** [1] - 10:24

### S

**Saldutti** [4] - 1:13, 3:5, 4:6, 10:10
**SALDUTTI** [11] - 2:2, 2:3, 4:4, 5:15, 6:17, 6:19, 7:9, 7:11, 8:11, 8:13, 9:17
**School** [1] - 7:16
**second** [2] - 9:1, 9:8
**secure** [2] - 9:1, 9:4
**see** [1] - 9:3
**sense** [1] - 6:10
**Ship** [1] - 1:23
**shortly** [1] - 5:24
**showed** [1] - 6:1
**showing** [1] - 4:18
**shown** [1] - 4:12
**so..** [1] - 6:16
**specifically** [1] - 5:21
**SS** [1] - 10:3
**standby** [1] - 6:1
**STATE** [1] - 10:2
**State** [1] - 10:7
**STATES** [1] - 1:1
**STENOGRAPHIC** [1] - 1:4
**stenographically** [1] - 10:14
**still** [2] - 4:23, 8:9
**Street** [1] - 1:23
**subsequent** [1] - 8:16
**suggested** [1] - 7:21
**suggestion** [1] - 7:5
**Suite** [3] - 1:14, 2:3, 10:10
**supplement** [1] - 4:11
**surprised** [1] - 9:6
**sworn** [2] - 4:2, 10:12

### T

**TAKEN** [1] - 1:10
**terminated** [1] - 8:9
**terms** [2] - 6:3, 6:12
**testimony** [4] - 4:12, 10:13, 10:14, 10:18
**THE** [3] - 1:1, 1:1, 1:5
**three** [1] - 8:17
**Thursday** [1] - 4:14
**trained** [1] - 7:19
**transaction** [2] - 5:10, 8:22
**TRANSCRIPT** [1] - 1:4
**transcription** [2] - 10:16, 10:17
**transfer** [1] - 7:22
**true** [1] - 10:17
**trust** [1] - 7:24

### U

**understood** [1] - 9:9
**UNITED** [1] - 1:1
**unusual** [1] - 9:15
**up** [1] - 6:1

### V

**various** [1] - 4:8
**Villanova** [1] - 7:15
**vs** [1] - 1:6

### W

**Wednesday** [2] - 1:15, 10:11
**West** [1] - 1:23
**witness** [3] - 9:20, 10:12, 10:14
**WITNESS** [1] - 3:3
**works** [1] - 8:7

### Y

**yeoman** [1] - 6:14