**EXHIBIT "I"**

**From:** Halbreiner, Bonnie
**Sent:** Thursday, January 01, 2015 6:05 PM
**To:** Fred Rappaport
**Subject:** FW: Lifestyle Credit Advance

We will need to go over things on Friday so I can get the large loan extended. Just an FYI – there will be fees associated with extending it- attorney and bank fee plus I still have not been paid the $45K from the last extension.

We will discuss.

Bonnie

---

**From:** Hornak, James
**Sent:** Tuesday, December 30, 2014 2:13 PM
**To:** Halbreiner, Bonnie
**Subject:** Lifestyle Credit Advance

Hey Bonnie,

Fred just called with Dr. Popky, they want to advance 50k from the line to the checking account. Is this ok with you?

Thanks!

James Hornak

Platform Manager

2A Summit Square

Route 413 & Doublewoods Rd Langhorne, PA 19047

Office: (267)352-3012

Direct: (267)327-4869

Int Extension: 423015

NMLS ID 661790

www.customersbank.com





This e-mail and any files transmitted with it are intended only for the use of the addressee and may contain information that is legally privileged and confidential; it may not be forwarded without permission of the sender. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. Please notify the sender electronically or by telephone immediately by calling Customers Bank Security Department at 1-484-